UNITED STATES DISTRICT COURT          FILED

DISTRICT OF CONNECTICUT

STANLEY CHANCE                    : 3:03CV40 (JCH)          2003 NOV 12  A 11: 20

VS.                               :                         US DISTRICT COURT
                                                               BRIDGEPORT CT
DAVID CUNDY, ET AL                : NOVEMBER 12, 2003


### PLAINTIFFS' RESPONE TO DEFENDANTS' OPPOSTION TO PLAINTIFFS' MOTION FOR SANCTIONS

The following is the plaintiff's response to all the defendants' opposition to his motion for sanctions.

The defendants do not and cannot dispute that their captioned "MOTION TO DISMISS" is in fact, theory and argument a 'MOTION FOR SUMMARY JUDGMENT."

Defense counsel is seasoned litigators and long standing members of the bar and employees of reputable and well respected law firms and they know what they are doing, and in this case what they did is this.

They filed a "MOTION FOR SUMMARY JUDGEMENT" disguised as "MOTION TO DISMISS", the Court will note they the argument contained in the body of the "motion to dismiss" contains no argument as to why "relief can't be granted" to the plaintiff on the facts in the complaint based on the facts being accepted as true and deemed admitted by the defendants.

Rather thee defendants have rewrote, replead and reworked the complaint of the plaintiff, to suite there needs to make an argument as to why there are no genuine issues to be tried, why is why the argument is they present in there motion.

1

What the defendants are doing is gambling on a favorable out come without risk because they know they if they would have filed a "motion for summary judgment" and lost that motion, that's it, we go to trial, on the other hand if the file a motion to dismiss, they got nothing to loss, if the motion gets granted, granted, but if gets denied, that okay too, they can still file a "motion for summary judgment", this has the foreseen and undeniable effect of causing unnecessary delay and needlessly increase in the expense of litigation, and sine they obviously thought the plaintiff was some stupid Niger who did not know better and would not recognize there deceptive and devious motion, because the plaintiff is pro se:, they thought they could get away with it.

The plaintiff is not playing games with these people, the plaintiff is not Rodney King, and you aren't going to see the plaintiff on T.V. with his eye hanging out of his head talking about "can't we all get along".

This is not some after school special were this is going to end with Chance and Cundy having a cooking, telling each other how wrong they are, hugging and crying on each other's shoulders.

If these people think that if this case get dismiss, that the end of it, there wrong, the plaintiff is not going to rest until David Cundy racist butt is at 1106 North Avenue were he will meet some of the people that the plaintiff has been dealing with the last 10 years and where he can also meet Warden Walter Ford, a Black man who don't play the racist stuff.

The plaintiff is studying State and Federal statutes and code on racial discrimination and we he's get them, he will write to every state and federal congress man and senter and if the plaintiff has to collect cans for 6 month or walk to Washington

2

D.C and camp out on the door of U.S. Attorney General John Ashcroft, the plaintiff is

going to get David Cundy locked upped, believe that, so the  defendants can keep taking

this as a joke, but when everything is said and done, the plaintiff will be the only one

laughing.

RESPECTFULLY SUBMITTED
THE PLAINTIFF


Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com


## CERTIFICATION

I herby certify that a copy of the forgoing was mailed on November 12, 2003 to:

Mark Perkins
Mahar & Murtha
528 Clinton Avenue
Bridgeport, CT. 06605

Howard Fields
Wiggins & Dana
400 Atlantic Street
Stamford, CT. 06904

Stanley Chance

3