UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE : 3:03CV40(JCH)

VS :

DAVID CUNDY, ET AL. : DECMBER 1, 2003

## PLAINTIFFS' SUPPLEMENT TO MOTION FOR SANCTIONS

On November 18, 2003, the plaintiff Stanley Chance E-Mailed a letter to Attorneys Thomas Murtha and Mark Perkins of the Law firm of Maher & Murtha who represents the Fairfield Police Department and their officers in the above captioned case.

In that letter the plaintiff stated that he would discuss settlement with regards to the municipal defendants and that he did not want Howard Fields the attorney for David Cundy to know about his willingness to speak to the Police Defendant and not David Cundy.

The plaintiff his under know obligation to share this information with defendant David Cundy or his attorney because (1) It didn't concern them (2) Settlements discussions are off the record and not admissible to anything pursuant to Federal Rules of Evidence.

1

Well Mark Perkins did tell Howard Fields, the Attorney for David Cundy about my willingness to discuss settlement with him as to the Police and not David Cundy as Attorney Fields has a bruised ego.

Well when Attorney Howard Field found out about this he took offense that the plaintiff would extends offer to discuss settlement with him and his client Because his $500.00 dollar an hour ego was bruised so he took it upon himself to harass the plaintiff and try to get the plaintiff arrested.

We all remember the incidents when both defendants claim in their motion to that the plaintiff was trying to molest the son of David Cundy By implying that the plaintiff was "dissatisfied that David Cundy did not want the plaintiff to have contact with him or his" and the plaintiff responded by saying "if he had dealt with David Candy his way 10 years ago when he was in criminal state of mind and being he would have busted David Candy in the head with a baseball bat, light him on fire…" which was in August 2003 in a pleading which the plaintiff was required to serve on both counsel for the police Department and David Cundy which he did.

At this time the only complaint that was made with regard to what Chance said was made by Attorney Mark Perkins, of Maher & Martha, who represents the Police Defendants and this was on September 4, 2003.

2

Attorney William Kelleher, of the firm of Wiggins & Dana in Stamford, Connecticut, who represented David Cundy as of September 4, 2003 when Attorney Perkins made his complaint made no complaint with regard to statements made by Chance.

Since this time, Attorney William Kelleher who is White and was representing David Cundy in this Racial Discrimination suit suddenly withdrew his appearance as counsel for David Cundy with no reason and over the plaintiff Motion for Order to show Cause while the Motion to dismiss was and still pending in the beginning of October and is replaced with Attorney Howard Field of the same law firm, Wiggins & Dana, who coincidentally is Black as window dressing to try to make David Cuny look good.

Last week United States Postal Service Inspector Bernie Feeney came all the way from New Haven, Left his card in the plaintiffs' mailbox and told the plaintiff to call him.

Mr. Feeney eventually got back to the plaintiff and told the plaintiff "I received a complaint from a law firm in Stamford that you had made a threat thru the mail and I wanted to get your side of the story" when the plaintiff explained to Mr. Feeney about this case and that statement was made over 2 month ago and the plaintiff was just stating in response to

statements made by the Attorneys in this case how he would have handled the situation were this 10 years ago and it was not made as a threat but how the plaintiff had been dealing with lesser problem then this while incarcerated for 10 years and that the plaintiff was (1) filing suite because he did not go to jail (2) he would not be stupid enough to threaten anybody in front of a Federal Judge.

Thru all of this, none of us have thought to consider the possibility that David Cundy is molesting his own son Nick, the only thing that the plaintiff has been thinking about is racial discrimination because of being angry, now that the plaintiff is thinking clearly, there is the possibility that David Cundy is molesting his son Nick, look at the facts.

Nick Cundy goes to a private boys boarding school, which his father David pay a lot of money for him to attend.

Nick Cundy has no friends at this school and the plaintiff speaks from experience from attending Devereux Glenholme School in Washington, CT. from 1976 thru 1979 and the Connecticut Junior Republic from about 1982 thru 1984. People like Nick Cundy don't have friends at his school, not someone he can confide in.

Nick Cundy want to get to know the plaintiff, after hearing that the plaintiff has been to private boarding schools like he is in now.

4

David Cundy is pissed off that his son is making friend on the street away from the closed environment that he is paying for where kids are treated like crap and he wants to stop his son Nick from developing and friendships on the street with the plaintiff or anybody else black or white because if Nick does develop a close friendship with someone, someone who he can talk to and confide in and trust eventually he will, if he is being molested by his father tell this friend and eventually it will get back to the proper authorities.

David Cundy denies that his actions were because of racial discrimination but is **"very upset about the allegation due to his limited contact with Mr. Chance" (quoted from the hearing of August 12, 2003 in from his Judge Hall).**

It is possible that David Cundy's actions were not bases on race, but we need not reach that point now, however the has to be some other reason for the actions of David Cundy, because if he simply wanted " the plaintiff not to have contact with his son", then he could of and would of simply told the plaintiff, which he did not, instead he goes thru all this elaborate planning and scheming which is consistent which a parent molesting his child.

The plaintiff has coached Jackie Robison little League baseball as well as Pop Warner football which are both sponsored and supported by the Police Athletic League (PAL).

Though not a trained clinician, we were giving signs to look out for to look for abused and neglected children, and though the plaintiff did not or has not observed Nick Cundy the way he has observed the kids under his charge when he was a coach, Nick Cundy and his father display all the attributes of a child being sexually, physically or mentally abused by his father, weather he is or not, the plaintiff does not know but everything that has happen show the possibility.

He has a dominating father, who runs his life and effects dominance and control over his son, look at the Fairfield Police Department Incident Report "David does not want Stanley calling his home, along with Nick not wanting him to call anymore". "Nick Cundy did not even go to the Police Department with his father" but yet his father his speaking for him, this is dominating, remember that Nick gave the plaintiff his phone number, if Nick did not want to plaintiff to call him at his home, then he would have not giving the plaintiff his number in the first place." but the plaintiff only has over 10 years of dealing with child molesters and abused people from his time in prison so what does he know.

In addition, there is ample evidence that David Cundy told Attorney Kelleher about this, why would Attorney Kelleher withdraw from a case in the middle of a Motion to dismiss which he has confidence he will prevail on?

All the above is purely cosmetic, the plaintiff point is that these people are subject to Rule 11 sanctions for there harassment of the plaintiff and even though it was not a direct pleading file in the Court in the case it was filed in connection with this case to cause the plaintiff embarrassment and an increase in litigation, god only knows how much they charged for this stunt.

RESPECTFULLY SUBMIITED
THE DEFENDANT

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on November 28, 2003 to:

| | |
|---|---|
| Thomas Murtha | Howard Field |
| Mark Perkins | Wiggins & Dana |
| Mahar & Murtha | 400 Atlantic Street |
| 528 Clinton Avenue | Stamford, CT. 06904 |
| Bridgeport, CT. 06605 | |

(E-Mailed)
Bernie Feeney
United States Postal Inspector
Bfeeney@usip.gov.

_____
Stanley Chance, PRO SE

**YAHOO! Mail**                    Yahoo! - My Yahoo! - Help          Print - Close Window

**Date:** Tue, 18 Nov 2003 09:06:25 -0800 (PST)
**From:** "stanley chance" <stanleychance@yahoo.com>
**Subject:** Stanley Chance-vs-Fairfield Police Department,3:03CV40 (JCH)
**To:** TMurtha@Mahermurtha.com

Thomas Murtha, Esq.                    November 18, 2003
Maher & Murtha
528 Clinton Avenue
Bridgeport, CT. 06605

RE: Chance-vs-Fairfield Police Department, ET AL
    3:03CV40 (JCH)

Dear Attorney Murtha,
    Before I go any further with this action against your client, the Fairfield Police Department, would you like to discuss settlement as to your clients only? not David Cundy!!!!

    When this incident happened to me, I knew what was happening and I knew what was going to happen which is why I save everything that happened because I knew I was going to sue and if your clients checked me out they would have known that I was going to sue also.

    I just did 10 years in prison, 5 of those for burning a mattress in prison, you can look it up, I went to trial.

    In addition to doing that time, I was the most prolific, tenacious pro SE litigator suing the Connecticut, Department of Corrections, you can call Assistant Attorney Generals Ann E. Lynch or Steven R. Strom at the Attorney Generals Office in Hartford and ask them (860)808-5450.

    I have secured reversals from the Second Circuit Court of Appeals and I have represented myself in the United States District Court in front of Judge Margolis in New Haven 3:20CV2075 and did a pretty good job too, ask Ann Lynch, she represented the prison guards.

    So, I expected from the Police what they did, which is why I am willing to settle with you guys, but David Cundy is going down and if you want to go down with them, that all right with me.

    You guys, at least Perkins and Kelleher and Fields are all looking at this case from a view "that would stop me from winning.", when you should be looking at it from the angle "what does Chance have to lose", it did not cost me nothing to file this case, it is not costing me nothing to prosecute it and if I lose, what will I lose? Absolutely nothing.

    I am not going to sit here and talk your ear offs, but rest assured I going your clients an opportunity that they never gave me and I don't give.

    One other thing, if attorney Perkins want the be the puppet for kelleher and Fields at Wiggins and Dana, fine that his business and problem , but settlement talks are off the record and if it gets back to me and it will that they found out about this letter weather you want to settle or not, I will lose all civility and I start on the legal polemics just like you guys tried on me.

Sincerely,


Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

Copy:Mark A. Perkins