UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-40 (JCH) |
| : | |
| DAVID CUNDY, ET AL : | |
|     Defendants : | DECEMBER 3, 2003 |

**RULING RE: MOTION FOR SANCTIONS [DKT. NO. 74]**

Plaintiff, Stanley Chance, has filed a Motion for Sanctions against the "defendants." Since both defendant, David Cundy and defendants, Chief Joseph Sambrook, Lieutenant Chris Lyddy, Detective Peter Bravo, Lieutenant Philip Mascendaro, Sargeant Julius Hull, Officer Kevin Wells and Fairfield Police Department, have filed Motions to Dismiss [Dkt. Nos. 58 and 60], the court will consider plaintiff's Motion in light of both Motions to Dismiss.

Plaintiff claims the "defendants Motion is deceptive and misleading" because it is a Motion for Summary Judgment disguised as a "Motion to Dismiss." He then proceeds to lay out his view of the circumstances of this case.

The court has reviewed both Motions to Dismiss. Both are proper Motions to Dismiss. The Memoranda in support set out plaintiff's allegations and then analyze those allegations in light of relevant case law. Plaintiff's Motion for Sanctions is denied.

The plaintiff is reminded of Federal Rule of Civil Procedure 11 which provides that each pleading filed must be supported by a basis in fact and law. Plaintiff's Motion for Sanctions appears to be in violation of that Rule. The court will not impose sanctions at this time, but the plaintiff is advised that further filings must relate to the case at hand, and have a basis in fact and law. Violations of Rule 11 will result in the imposition of sanctions on plaintiff in the future. While the court appreciates that plaintiff is pro se, that status does not entitle him to file threatening, abusive pleadings which, in relation to the matters at issue, are unsupported.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 3rd day of December, 2003.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge