#68

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT        FILED

STANLEY CHANCE              | 3:03CV 40 (JCH) JF
                            |                  A 9:21
V                           |
                            |        US DISTRICT COURT
                            |        BRIDGEPORT CT
DAVID CUNDY, ET AL.         | SEPTEMBER 16, 2003

PLAINTIFF'S MOTION FOR ENLARGMENT
_____

The plaintiff, Stanley Chance request an enlargment of an additional 7 days up to and including September 23, 2003 to file his opposition to defendants motion to dismiss

The reason for this request is that the Black Rock Branch of the Bridgeport Library has closed for renovation and the plaintiff brief is on Floppy Disc which is at the Library and Library policy is that the Disc must remain at the Library

The Black rock branch will be opening a Temporary Branch at the art center on Fairfield Avenue at which time the plaintiff will have access to his disc but that will not be until October and the plaintiff is not trying to delay this action anymore than necessary and he has to redo all his papers

Motion granted nunc pro tunc.
S/Hall
10/27/03

FILED
2003 DEC -4 A 10:0[?]
US [DISTRICT COURT]

1