UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE              : 3:03CV40 (JCH)

VS.                         :

DAVID CUNDY, ET AL          : OCTOBER 17, 2003

**PLAINTIFFS' MOTION FOR RECONSIDERATION FOR OBJECTION/ MOTIN FOR ODER TO SHOW CAUSE RE GARDING THE WITHDRAWAL OF THE APPEARANCE OF ATTORNEY WILLIAM KELLEHER, III**

The plaintiff, Stanley Chance hereby ask the court to reconsider the withdrawal of the appearance of Attorney William Kelleher, III and order him to show cause why he should be allowed to withdraw.

Specifically, Attorney Howard Fields is Black, and he has been put on this case, as window dressing because Attorney William Kelleher realizes just how stupid his defense of the action of David Cundy will sound.

So he bring in Attorney Howard Field to dupe the Court and say "See, David Cundy is not racist, he represented by a black lawyer"

The plaintiff can imagine that the telephone conference between Kelleher, Field and Cundy went something like this:

>  Kelleher: "David, Bill Kelleher here, how you doing?
>
>  Cundy:   " This is stressing me out, I am tired out this."
>
>  Kelleher:" Look, David, change of strategy, I am going to withdraw as Counsel on this case, and Attorney Howard Fields is going to take over."
>
>  Cundy:   "Why?"

Kelleher: " Look, were going to have a hard time selling this defense, if your represented by a Black man, it would reflect on your character"

1