UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

STANLEY CHANCE                    : 3:03CV40 (JCH)

2003 OCT 10 P 12: 31

VS                                :

US DISTRICT

DAVID CUNDY, ET AL           : OCTOBER 10 2003

**PLAINTIFFS' OBJECTION/ MOTION FOR ORDER TO SHOW CAUSE**

The plaintiff, Stanley Chance in the above captioned case respectfully objects to

the "Motion to withdraw Appearance of William J. Kelleher III" in the above captioned

case filed by same on October 6, 2003 on the grounds that he has not provided any reason

for his sudden withdrawal which the Court, Attorney Perkins and Murtha, and the

plaintiff, Stanley Chance is entitled too and Attorney Kelleher should give.

The plaintiff is dealing with 5 different Attorney in 4 different cases and has

adapted the their style of litigating, in which case Attorney Kelleher and Attorney Perkins

have an in your face of defending, which is how the plaintiff is prosecuting this action,

Attorney Fields style may be different, additionally Attorney Kelleher can't just get up

and quite in the middle of the case, with his pending "Motion to Dismiss" without an

explanation, it's unfair surprise.

_Treating this as a motion to reconsider, it is granted. Having reconsidered the motion to withdraw, it is granted. Therein ruling granting the motion to withdraw. H.J._

FILED ORDERED

2003 DEC -4   11:42

US DISTRICT
BRIDGEPORT

1