UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

STANLEY CHANCE
    Plaintiff

2003 DEC -8  P 3: 00

v.

CIVIL ACTION NO.
3-03-cv-40 (JCH)

DAVID CUNDY, ET AL
    Defendants

DECEMBER 8, 2003

## RULING DENYING MOTION TO STRIKE [DKT. NO. 62]

Plaintiff has filed a Motion to Strike "Defendants" Motion to Dismiss. There are two Motions to Dismiss pending, but from the text of plaintiff's Motion, it appears to be addressed to defendant Cundy's Motion to Dismiss [Dkt. No. 58].

Plaintiff sets forth no reason recognized in law or procedure to support his Motion. To the extent plaintiff argues that defendant's Motion to Dismiss should be denied because it rests on arguments that do not accept plaintiff's allegations as true, that is an argument to be made by plaintiff in opposition to the Motion: it is not a ground to strike defendant's Motion. Further, the court's review does not indicate the plaintiff is correct. The Motion is denied.

The court reminds the plaintiff that court pleadings should contain argument that is supported by the law and relate to the allegations in his Complaint.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 8th day of December, 2003.

_____
Janet C. Hall
United States District Judge