FILED

2003 DEC -8 P 3: 00

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-40 (JCH) |
| | : | |
| DAVID CUNDY, ET AL | : | |
| Defendants | : | DECEMBER 8, 2003 |

**RULING DENYING MOTION FOR ORDER [DKT. NO. 63]**

The Town defendants have moved for an order prohibiting the pro se plaintiff from hand-delivering pleadings at its counsel's offices. Plaintiff objects, citing his in forma pauperis status and the lack of any basis to support the concerns defendants' counsel have with regard to plaintiff's visits to their offices.

The Motion is denied. The court will not require, at this time, that plaintiff refrain from hand-delivery to defendants' counsel's office. However, if there are any incidents or circumstances which raise particular concerns for defense counsel's office, the defendants may refile this Motion.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 8th day of December, 2003.

Janet C. Hall
United States District Judge