UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-40 (JCH) |
| | : | |
| DAVID CUNDY, ET AL | : | |
|    Defendants | : | DECEMBER 4, 2003 |

## RULING RE: PLAINTIFF'S
## MOTION FOR REFERRAL [DKT. NO. 42]

Plaintiff, Stanley Chance, has filed a Motion for Referral to the United States Attorney Office, the Justice Department and Federal Bureau of Investigation [Dkt. No. 42]. He alleges that there is probable cause for the arrest of defendant, David Cundy, because the defendant lied to the Fairfield Police Department when he complained that the plaintiff was stalking him.

The court knows of no procedure for the court's "referral" of persons to the United States Attorney.  The conduct plaintiff complains of is the subject of this civil lawsuit and did not occur in the context of any court proceeding.  Plaintiff is, of course, free to approach the United States Attorney's office concerning this matter.  (In making that statement, the court is not suggesting that he do so.)  However, this court will not make a "referral."  The Motion is denied.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 4th day of December, 2003.

                                                    /s/ Janet C. Hall
                                                  Janet C. Hall
                                                  United States District Judge