FILED

2003 DEC -8 P 12: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE,<br>Plaintiff, | : |
| VS. | : CIVIL ACTION NO.<br>: 3:03CV040 (JCH) |
| DAVID CUNDY, ET AL<br>Defendants. | :<br>: DECEMBER 5, 2003 |

**REPLY TO PLAINTIFF'S
DECEMBER 1, 2003 SUPPLEMENT TO MOTION FOR SANCTIONS**

Counsel for the municipal defendants hereby replies to so much of the plaintiff's Supplemental Motion for Sanctions in which he claims he e-mailed a letter to Attorneys Thomas Murtha and Mark Perkins, regarding his desire to settle with the municipal defendants. Neither Thomas Murtha nor Mark Perkins received the e-mail referenced in the plaintiff's Supplemental Motion. A review of the e-mail attached to the plaintiff's motion supports this position, in that the document reflects an incorrect e-mail address for Thomas Murtha. The document reflects attorney Murtha's e-mail address as Tmurtha@Mahermurtha.com. The correct e-mail address is Tmurtha@maherandmurtha.com. The plaintiff's conclusions that either Thomas Murtha or Mark Perkins shared this e-mail with Attorney Fields are without basis in fact.

The defendants feel this response is necessary to highlight its argument that the plaintiff should be sanctioned for filing motions that are misleading, threatening and inappropriate.

**THE DEFENDANTS**, Chief Joseph Sambrook; Lt. Chris Lyddy; Det. Peter Bravo; Lt. Philip Mascendaro; Sgt. Julius Hull; Officer Kevin Wells; and Fairfield Police Dept.

BY _____
Mark A. Perkins - Maher and Murtha, LLC
528 Clinton Avenue  P.O. Box 901
Bridgeport, CT   06601-0901
Phone (203) 367-2700  Fed. Bar #CT22419

## CERTIFICATION

This is to certify that a copy of the foregoing was sent on this 5th day of December, 2003 to:

Stanley Chance, Pro Se
119 Gem Avenue
Bridgeport, CT  06606

Howard Fields, Esq.
Wiggin & Dana, LLP
P.O. Box 110325
Stamford, CT  06911-0325

BY _____
Mark A. Perkins