UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 12 P 3: 03
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| STANLEY CHANCE | : | CIVIL ACTION NO: |
| | : | 3:03CV40 (JCH) |
| VS. | : | |
| DAVID CUNDY, ET AL. | : | DECEMBER 10, 2003 |

**PLAINITFFS' RESPONES TO COURT RULING RE: MOTIONS FOR SANTIONS –DKT 84**

First, if it pleases the Court, the plaintiff, Stanley Chance would like to thank the Court for it's indulgence and although the plaintiff has apologies for his comments, he would like to apologies again, and although the plaintiff meant no direct threat or disrespect to the Court, it very easy to see how those comments could be taken as a direct threat, which the plaintiff did not intend for them to be taken as, the plaintiff just needed to let the Defendants see just how serious this is and how it could of ended in tragedy more worst than this civil lawsuits, the defendants are taking the plaintiff and this action as a joke, well the plaintiff isn't laughing, because of David Cundy's blatant racial discrimination, he caused the Fairfield Police to be placed in this situation and he impeded and prevented them from answering legitimate complaints and concerns of Fairfield Residents who really needed action by the Police by blatantly lied them and he tried to get the plaintiff arrested and he was playing head games.

The plaintiff has states this time and time again, when someone messes with his freedom and mind they make thing personnel. The plaintiff just got out of prison March 9, 2001 after doing 5 years for burning a mattress in jail ***States –v- Chance,*** ***671 A.2d 323 (1996).***

Now if David Cundy didn't simply did not want the plaintiff to have anything to do with his son, fine all he had to do was tell the plaintiff "Don't have nothing to do my son" he could of called the plaintiff a nigger, child molester or anything he wanted and we would have never been here, remember the plaintiff is a constitutional advocate, unlike some other people who shall remain nameless the plaintiff backs the constitutional to the max, including Freedom of Speech, Freedom of Speech isn't designed or in place to protect speech or languages we <u>do like</u>, it designed to protect languages we <u>don't like.</u>

Contrary to the defendants belief and position this case has nothing to do with David Cundy not wanting the plaintiff to contact his son he even him calling the plaintiff in January and telling the plaintiff "You're a dead man nigger", if the plaintiff was too sue or react to every situation or circumstance when somebody called him a nigger, he would either be in jail for life or in Court for life.

The majority of the world Black and White people alike wouldn't know racial Discrimination if it came up and bit them in the Butt, racial discrimination isn't about name calling or use of word, racial discrimination is about the application and purpose of a person actions which add the intent of malice behind those words, without intent to undermine a persons status in life as a free and equal person, their logically could be no racial discrimination. It was David Cundy using his statute as an affluent white man to undermine the plaintiff statute as a working black, which makes his actions. Racially discriminatory.

David Cundy went out of his way to lie, cheat, deceive in order to racially discriminate against the plaintiff, and most importantly and the plaintiff complaints means nothing compared to this, David Cundy used and his continuing to use his son to

mask has racial discrimination because it is his son who will have to suffer the consequence of his father actions.

When the plaintiff was in prison, there was a guy he grew up with, Miguel Diaz; well Miguel got into a beef with another guy in the Southfield Village Housing project in Stamford where we grew up, known called Southwoods, he chases this guy into 133, the high-rises and this guy goes into the building and he get corned by the elevator, the elevator opens, a lady in there with her [illegible] year old son, this guy grab the kid, puts the kid up to shield him thinking Miguel would not shoot him with the kid in front of him, well Miguel did shoot him and he did this by shooting the kid with a 44 Magnum, the bullet went through the kid, killed the kid and the guy he wanted to shoot, well Miguel got 15 years in prison, The plaintiff seen him when we were both kitchen workers in Garner and ask him "[illegible](that what we called him), [illegible], why did you have to shoot guy at that moment, why didn't you wait, leave and see him another time, by himself and he said "Chance,, I honestly didn't know what I was doing, because I was so made, and until the gun went off, I was not thinking until I seen the dead kid.", the point of this is that David Cundy would start some crap with somebody and when they came to get him , he would gladly hold his son up in front of his as [illegible] to take the bullets for his crap.

Well Miguel Did all his time, no problems, nobody bothered him, then he got out, he was out 2 days before he was killed in a car accident.

The plaintiff, was going to say a lot of other stuff but there not much to say after this, expect He is in this to win it, and this case isn't about the plaintiff getting money, this case is about David Cundy getting a dose of his medicine and the plaintiff is not

going to rest or be happy until David Curcy is in jail, and this is not a matter of if, this is a matter of when.

This is interesting, when the plaintiff checks the spelling on the library word processor, when it's get to the name David Curcy the computer says to change it to "Candy", Sweet!!!!!

RESPECFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed on December 10, 2003 to

Mark Perkins
Mahar & Murtha
528 Clinton Avenue
Bridgeport, CT. 06605

Howard Fields
Wiggins & Dana
400 Atlantic Street
Stamford , CT. 06904

Stanley Chance PRO SE: