Honorable Janet C. Hall  
United States District Judge  
United States District Court  
915 Lafayette Boulevard  
Bridgeport, CT. 06604  

December 10, 2003

FILED

2003 DEC 12 P 3:03

**RE: CHANCE-V-CUNDY, ET AL, 3:03CV40 (JCH)**

COPIES:
Thomas Murtha
Mark A. Perkins
Mahar & Murtha
528 Clinton Avenue
Bridgeport, CT. 06605

Howard Field
Wiggins & Dana
400 Atlantic Street
Stamford, CT. 06902

Dear Judge Hall,

This is in response to Attorney Mark Perkins, last pleading.

First of all, if Attorney Perkins didn't share the e-mail communication with Attorney Fields, fine I made a mistake and he should move on, however I know that I did not make a mistake and that he and Attorney Murtha did receive the e-mail and this is best evidenced by the fact that when I hit "send", the computer stated " your mail has been sent, which obviously mean it was received by them, if it wasn't sent and received then the computer would have stated something to the effect of "your mail is not deliverable as addressed" but it would not have said it was sent, if it wasn't.

Second, although is doesn't matter and I don't really care because Mark Perkins is his own man and he can do whatever he want with whoever he wants, but I know he did share that e-mail with Attorney Fields, come on man, do these people take for a fool, immediately after I sent that e mail, I get a call from Bernie Feeney, United State Postal Inspector who said "I received a complaint from a law firm in Stamford that you made a threat thru the mail and I want to get your side of the story" and it is no coincidence that I

1

get this call from Inspector Feeney after I mailed Perkins that e mail and as we know the only firm that I am dealing with in Stamford is Wiggins & Dana an d they were complaining about that comment I made about what I would have done to David Cundy if I would have Handled thing my way, which was in hindsight inappropriate but this was in direct response to the defendants implying that I was trying to molst David Cundy son, where he is probably molesting him, using me to draw attention from himself by saying that this lawsuit was my "dissatisfaction that David Cundy did not want the plaintiff (me) to contact him or his son" which in view of the evidences is the most silliest thing that has been said in this case, and all I was saying that if I had handled David Cundy in jail or even 10 years ago that how I would have handled it and I want to give you some example: In Mason Youth Institution, there was a inmates who lied on me to the guard and told the guard that I had his radio, after if was stolen, I took the plug cord from the radio and wrapped it around his neck and I tried to choke the life out of him and if it wasn't for 2 other inmates pulling me off of him that guy would be dead, also in Mason you institution, a prison guard took my television and refused too give it back, I beat the crap out of this guard so bad that he is blind in one eye now, in big Cheshire, we had a baseball game, we came in from recreation and I told this inmate to take a shower , we were kitchen workers and weather in jail or not, if your working in the kitchen you got to maintain hygiene, well this guy gets made and everybody start yelling at him to take a shower which embarrassed him, so he stabs me in the neck with the tip of an ink pen, I beat the crap out of him until the code was sounded and I broke his leg. Also in Cheshire I went to segregation, got out of segregation and a member of the Latin Kings gang took all my stuff, I went to president of the Latin King and I told "Mike

2

took my stuff and either you guys replace it or I want a one on one with Mike, this is a fight with just me and, nobody else get into it, so he say "you ain't getting nothing and if you touch one of our brothers were going to kill you", so I beat up Mike and about a week later in the baseball field, about 30 Latin Kings surrounded me in a circle and the president told me "you did our brother, were going to do you", I had a baseball ball and I told the president, "If you mess with me know I will probably get F—ked up but I will take out as many of you out as possible with this bat, stating with you pee wee and I will split your F-ing brain out." My philosophy is that you take the leader out and the other run like rabbits, well there was no incident. In Corrigan I was in a cell with this guy and he never shut up, he kept talking about how bad he was and he was going to do this and do that, so one days he sitting on the toilet and he say this stupid stuff "Remember how they use to say black his beautiful, well if black his beautiful, then I sh---ted out a masterpiece", I get off my bunk and tell him, why don't you shut the f—k up", he looks at me tell me I going to f—k you up", I say come on, bring it don't sing it, he wipes himself, gets up to flushes the toilet, I run up to him, hit him in the side and stick his head in the toilet with all his feces in it, and I'm continuing to do this , then I take his head out of the toilet and say "had enough, are you going to shut the f—k up" he has feces all over his face and he says alright, I smashes his head d on the desk and that was it.

    I am not bragging or proud of all the above and I done more then this, put I as all people are product of the environment and for 10 straight years mine was prison and I survived because I did not take no stuff from nobody, someone messed with, I deal with it by violence the only way the prisons understand.

like a liar because you have to resort to treachery .lies and deceit to defend your clients, because I will stick to the truth, evidence undisputed fact to prosecute them.

If Attorney Perkins didn't do what I said, he would not have dignified it with a response but like a person, who has been caught with his pants down, he has to give a long winded speech to say he didn't do something. Incredibly, he state something to the effect of "this is to add to the defendants position that sanction should be imposed", which is very interesting in view of the fact that Attorney Perkins didn't file the motion for sanctions in the first place.

It like I have state all the long, no matter how hard they try, the defendants can't separate themselves from each other, and despite being represented by 2 different law firms the defendants in their deeds and action which bought this matter before this court, the Fairfield Police Department significantly and sufficiently aided and encouraged the action of David Cundy to make what he did attributable to the Police making David Cundy liable under 42 U.S.C. Section 1983 the way counsel have done the same in this action.

Simply put the Fairfield Police Department cannot defend themselves in this with David Cundy and David Cundy cannot defend himself without the Fairfield Police Department, or they would have no defense.

I would like the forgoing case to be considered with my opposition to the defendant motion to dismiss and to the establishment of conspiracy.

Sincerely,

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com