UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE : 3:03CV40 (JCH)

VS

DAVID CUNDY, ET AL : SEPTEMBER 30, 2003

## AFFIDAVIT OF STANLEY CHANCE

I Stanley Chance, being duly sworn and disposed state that the following facts are true and correct to the best of my knowledge and belief:

1) I am over the age of 18 and belief in the obligation of an oath.

2) I make the following representation of fact based on my personnel knowledge of the fact contained herein.

3) When I met Nick Cundy in May 2002, I had been working at Torno Lumber since February of 2002.

4) I was a frequent customer of the bakery, as my stomach show, and I knew everybody there including the owner, Rick

5) There was a girl there and we used to talk about my past in Deveruex Glenholme School, a private school in Washington, Connecticut and my idea of starting a non-profit corporation to help keep kids out of trouble.

6) Nick Cundy used to listen and ask questions and it was in the middle of June that he we exchanged phone numbers.

7) He told he wanted to know about my experience in private school because he was in private school and he wanted to know about my non-profit corporation.

1

8) He wanted to talk to me when I got off of work, but I told him that I couldn't because I took the City bus into work and I am not trying to hang around any longer than I have too so he gave me his phone number.

9) Nick Cundy kept persisting that I call him because he was going back to school and he would be leaving his job at the bakery.

10) In my original complaint I stated that Nick Cundy was a homosexual who mistook, my kindness for something more, well I don't know if he is a homosexual or not but I just got out of jail after 10 years and when someone is a persistent as Nick Cundy was with me wanted to talk, in prison they are ether trying to set you up to get shanked (stabbed) or there homosexual.

11) I now realize that he was just a lonely person who wanted somebody to talk too.

12) The only reason I called Nick Cundy on August 12, 2002 was because he was being so persistent for me to call him and I knew that he was going back to school so I thought I would never see him again and what could it hurt to talk to him.

13) Since august 12, 2002 I have never said a word to Nick Cundy ands on August 16, 2002 when I heard that there were rumors being attributed to him that I was trying to molest his son, I tried to talk to him which is what they tell us to do in the Administrative Segregation, behavior modification program it the Super-Max prison facility at Northern Correctional Institution which I have been through 2 times, and I can honestly say that how they tell you to deal with situation is load of bulls—t, the best way to handle somebody who is giving you

crap is to kick his ass, if I would have done that in the first place which I wanted to do and I bet you 10 years in prison that if I would have kicked his ass he wouldn't have lied and said that I had been at his house, stalking him at his job and left a message on his answering machine at work 7 months latter which was done in retaliation for me filing this lawsuit.

14) I wrote Fairfield Police Officer Kevin Wells a letter that I wanted to file charges against David Cundy for racial discrimination and he never investigated that charge, he didn't even respond.

15) David Cundy saying that I was dissatisfied that he did not want me to have contact with him or his son is to mask his racial discrimination and he is using his son as a shield to mask his racial discrimination, if I had gone to see David Cundy with a gun and was going to shoot him for what he did, he would let his son take the bullet for him by holding his son up in front of him.

16) These people think this is about money, well there wrong, these people have caused a lot of unnecessary stress and bullshit in my life and most of all they tried to play with my mind and they tried to take my freedom, when you mess with these 2 things you make thing personnel and he call me a child molester, I have beaten the sh-t out of people in prison for being accused of this.

17) There was a Correctional Officer had tried to put my eye out, I couldn't see for a week and I have no hatred towards him, I hate David Cuny and no matter what happens to this case, so help me good I am going to do everything

3

in my power to get his racist, maggot ass in jail, which can be construed as harassment, sue me maggot.

I swear under the penalty of perjury that the forgoing is true and correct.

9/30/03
Date

Stanley Chance

Sworn and subscribed on this  30  day of September        , 2003

Notary Public

## CERTIFICATION

I hereby certify that a copy of that forgoing was on September 30, 2003

(Dropped in Mailbox)

Mark A. Perkins
Mahar & Murtha
528 Clinton Avenue
Bridgeport, CT. 06605

Mailed to:

William Kelleher
Wiggin & Dana
400 Atlantic Street
Stamford, CT. 06904

Stanley Chance, PRO SE

4