FILED

2004 FEB 25 P 1: 38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| V. | : | 3:03 CV 040 (JCH) |
| DAVID CUNDY, ET AL | | |
| Defendant | : | February 24, 2004 |

### APPEARANCE

Please enter the appearance of Karen L. Karpie as attorney for the defendant, David Cundy in this matter.

THE DEFENDANT

BY /s/ Karen L. Karpie
Karen L. Karpie ct 04269
MURPHY AND KARPIE, LLC
350 FAIRFIELD AVE., SUITE 408
BRIDGEPORT, CT 06604
Tel. 203-333-0177

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed U.S. Mail, Postage Prepaid, on February 24, 2004 to the following:

Stanley Chance
99 Jetland Street
Bridgeport, CT 06605

Thomas Murtha, Esq.
Mark Perkins
Maher & Murtha, LLC
P.O. Box 901
Bridgeport, CT 06605

Howard Fields, Esq.
Wiggin & Dana LLP
P.O. Box 110325
Stamford, CT 06911-0325

_____
KAREN L. KARPIE