UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 MAR -9 P 2:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

STANLEY CHANCE,

Plaintiff,

v.                                              :   Case No. 3:03 CV 040 (JCH)

DAVID CUNDY, et al.,

Defendants.                                     :   March 9, 2004

## MOTION TO WITHDRAW APPEARANCE OF HOWARD R. FIELDS

Pursuant to Local Civil Rule 7(e), the undersigned counsel, individually, hereby moves to withdraw his appearance for defendant David Cundy in this case.

I am an associate with Wiggin and Dana LLP in its Stamford office and filed my appearance on April 7, 2003. The reason for this motion is that another attorney, Karen Karpie, Esq. of Murphy and Karpie LLP, will be representing defendant David Cundy. To that end, Ms. Karpie has filed her appearance (a copy of which is attached hereto) on February 24, 2004 and she will be representing Mr. Cundy. Mr. Cundy is receiving notice of this motion to withdraw by certified mail per the attached Certificate of Service, as required by Local Civil Rule 7(e). In addition, we have advised Mr. Cundy of the change of counsel in a telephone conversation.

Under Rule 7(e), the Court may allow withdrawal of an appearance "upon a showing that other counsel has appeared . . . and that the party whose counsel seeks to withdraw has received actual notice . . . by certified mail of the motion to withdraw." These requirements are satisfied here.

Accordingly, the undersigned respectfully requests that the motion to withdraw my appearance be granted.

                          THE DEFENDANT,
                          David Cundy

                          _____
                          Howard R. Fields (ct 23640)
                          Wiggin and Dana, LLP
                          400 Atlantic Street
                          P.O. Box P.O. Box 110325
                          Stamford, CT   06911-0325
                          Telephone:  (203) 363-7600
                          Fax:  (203) 363-7676
                          hfields@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of March, 2004, as follows:

Stanley Chance
99 Jetland Street
Bridgeport, CT 06605

Thomas M. Murtha
Mark A. Perkins
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06605

David Cundy **(via certified mail)**
1296 Old Academy Road
Fairfield, CT 06430

_____
Howard R. Fields Jr.