UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 12 P 3: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| STANLEY CHANCE | : 3:03CV40 (JCH) | |
| VS. | : | |
| DAVID CUNDY, ET AL | : MARCH 12, 2004 | |

### PLAINTIFFS' MOTION TO QUASH

The plaintiff, Stanley Chance moves this Court to quash all the Motions, pleadings and representation made on the behalf of defendant David Cundy, by Attorneys William Kelleher. Howard Field and Wiggin and Dana including but not limited too the Motion to dismiss, with prejudice.

The defendant is playing musical attorneys and making a mockery of the Court and this case.

It is one thing to have another attorney from the same firm to represent David Cundy on the Motion filed by that firm but it is a whole other thing for another attorney from another firm to represent David Cundy on Motion not filled by her firm, namely Karen Karpie of the firm Murphy and Karpie should not be allowed to represent David Cundy on Motion filed by Attorneys William Kelleher and Howard Fields of the Firm of Wiggins and Dana, because the are not her Motion.

If David Cundy wants to makes clowns out of these lawyers, fine, however these lawyers who are acting like clowns, should not be permitted to make a circus out the Court, it prejudices the plaintiff and put the integrity of the Federal Judiciary in question.

1

RESPECTFULLY SUBMITTED
THE PLAINTIFF

_____
Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
(203) 685-6038
Stanleychance@yahoo.com

## CERTIFICATION

I hereby certify that a copy of the forgoing was put hand delivered into the mailboxes, I did not go into the offices of:

Thomas Murtha, Esq.  Karen Karpie
Mark Perkins  Murphy & Karpie
Mahar & Murtha  350 Fairfield Avenue
528 Clinton Avenue  Bridgeport, CT. 06604
Bridgeport, CT. 06605

_____
Stanley Chance, PRO SE: