UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 MAR -9  P 2: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| STANLEY CHANCE, | : |
| Plaintiff, | : |
| v. | : Case No. 3:03 CV 040 (JCH) |
| DAVID CUNDY, et al., | : |
| Defendants. | : March 9, 2004 |

### MOTION TO WITHDRAW APPEARANCE OF HOWARD R. FIELDS

Pursuant to Local Civil Rule 7(e), the undersigned counsel, individually, hereby moves to withdraw his appearance for defendant David Cundy in this case.

I am an associate with Wiggin and Dana LLP in its Stamford office and filed my appearance on April 7, 2003. The reason for this motion is that another attorney, Karen Karpie, Esq. of Murphy and Karpie LLP, will be representing defendant David Cundy. To that end, Ms. Karpie has filed her appearance (a copy of which is attached hereto) on February 24, 2004 and she will be representing Mr. Cundy. Mr. Cundy is receiving notice of this motion to withdraw by certified mail per the attached Certificate of Service, as required by Local Civil Rule 7(e). In addition, we have advised Mr. Cundy of the change of counsel in a telephone conversation.

Under Rule 7(e), the Court may allow withdrawal of an appearance "upon a showing that other counsel has appeared . . . and that the party whose counsel seeks to withdraw has received actual notice . . . by certified mail of the motion to withdraw." These requirements are satisfied here.

MOTION GRANTED.
SO ORDERED.