03CV40nkot

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

STANLEY CHANCE                 : 3:03CV40 (JCH)

VS.                            :

2004 MAR 12 P 3:04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DAVID CUNDY, ET AL             : MARCH 12, 2004

### PLAINTIFFS' MOTION TO QUASH

*docketed as a Mot. to Strike*

The plaintiff, Stanley Chance moves this Court to quash all the Motions, pleadings and representation made on the behalf of defendant David Cundy, by Attorneys William Kelleher. Howard Field and Wiggin and Dana including but not limited too the Motion to dismiss, with prejudice.

The defendant is playing musical attorneys and making a mockery of the Court and this case.

It is one thing to have another attorney from the same firm to represent David Cundy on the Motion filed by that firm but it is a whole other thing for another attorney from another firm to represent David Cundy on Motion not filed by her firm, namely Karen Karpie of the firm Murphy and Karpie should not be allowed to represent David Cundy on Motion filed by Attorneys William Kelleher and Howard Fields of the Firm of Wiggins and Dana, because the are not her Motion.

If David Cundy wants to makes clowns out of these lawyers, fine, however these lawyers who are acting like clowns, should not be permitted to make a circus out the Court, it prejudices the plaintiff and put the integrity of the Federal Judiciary in question.

1