UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE                    : CIVIL CASE NO: 3:03CV40 (JCH)

VS.                               :

DAVID CUNDY, ET AL.               : MARCH 23, 2004

FILED
2004 MAR 23 A 9: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### PLAINTIFFS' SUPPLEMENT TO OPPOSTION TO DEFENDANTS' MOTION TO DISMISS/ PLIANTIFFS' MOTION TO QUASH

The plaintiff, Stanley Chance in the above captioned case stands by all the facts in opposition to the defendants' motion to dismiss/plaintiffs' motion to quash and the following is intended to supplement that with facts which the plaintiff has just become aware of.

On Saturday, the plaintiff was at the public library doing some research on the Internet and had about 5 minutes left to his hour when on to find out more about David Cundy he typed in the search engine "Design Trust in Connecticut" reasoning that sine this is a "Web" design firm where David Cundy works, according to LT. Lyddy and Detective Bravo of the Fairfield Police Department, maybe he could find out some information on David Cundy to know better who he was dealing with.

Well to the plaintiffs' atosnihment, it turns out that not only does David Cundy "work" at "Design Trust" as he mislead LT. Lyddy and Detective Bravo of the Fairfield Police Department when he lied to them and told them the plaintiff was at his house, stalking him at his job and left a message on his answering machine at work, David Cundy owns this company and his the president.

1

According to information obtained from the internet David Cundy has over 25 years experience in corporate communications (emphasis added) and has been in his company since 1982.

His company, according to his literature, "is a multi-disciplinary, integrated communication firm providing strategic communication, brand management, creative agency and e-business solution. Design Trust is results and bottom line orientated, providing solutions that satisfy real client business requirement—improving communication [s]" (Attachment A)

At the price of being monotonous and redundant, the plaintiff wants to go over the evidence and facts one more time.

On August 12, 2002, the plaintiff, Stanley Chance with permission and consent called the Cundy home and talk to Nick Cundy, David Cundy's son for about 20 minutes[1]

There was no harassing phone call at this point because the plaintiff was giving the telephone number to the Cundy home.

Neither David Cundy nor Nick Cundy told the plaintiff, Stanley Chance not to call their home anymore on August 12, 2002.

From August 12, 2002, the time of the first and only phone call to the Cundy home until August 16, 2002 4 day later the plaintiff, Stanley Chance did not call the Cundy home.

The reason the plaintiff, Stanley Chance called the Cundy home on August 16, 2002 was that he heard that David Cundy was spreading rumors in the Westport, Connecticut work area of the plaintiff, Stanley Chance that the plaintiff was trying to

---

[1] Although it does not state the length off the conversation, we can all agree and none will dispute or argue that Nick Cundy, David Cundy's son and the plaintiff had a conversation.

2

molest his son and instead of jumping to conclusion and believing rumors, the plaintiff wanted to give David Cundy a opportunity to respond.

The plaintiff left a massage on the answering machine of David Cundy to call him, which he never did.

On August 18, 2002, 2 days after the August 16, 2002 phone call, David Cundy went down to the Fairfield Police Department and reported harassing phone calls from the plaintiff, Stanley Chance to Fairfield Police Department Officer Kevin Wells ("Wells").

Wells never ask David Cundy why he ever told the plaintiff, Stanley Chance not to call his house anymore when Stanley Chance called on August 12, 2002.

Wells never asked David Cundy why he was waiting 7 or 2 days to report harassing phone calls.

The above is all backed up by the Fairfield Police Department Incident Report (Attachment B)

Wells never ask David Cundy if or why he was spreading rumors about the plaintiff, Stanley Chance[2]

Wells did not even interview Nick Cundy who he listed as a witness.

The defendants Attorneys make the ridiculous assertions that the plaintiffs allegations are not supported, and conclusiaonry and David Cundy simply did not want the plaintiff, Stanley Chance not to have contact with him are his son.

Since we know that David Cundy is a communications expect; let's face it anybody who has been in his professions over 25 years and has gotten rich is an expert.

---

[2] The plaintiff still contend that Well s knew Cundy was spreading rumors about him, however the plaintiff is just going over was substantiated by written facts.

3

The Court is obligated to what would a reasonable person do if they did not want the plaintiff not to contact them or their son?

The answer is obvious, a reasonable person who simply odes not want the plaintiff or anyone to contact them would simply tell that person not to contact them.

So why didn't David Cundy, an expert in the field of communication simply tell the plaintiff after the August 12, 2002 conversation not to contact his son anymore?

No instead David Cundy, expert in comminations wait 4 days to go to ask his son employer to go to the plaintiff's employer to tell Stanley Chance not to call his home anymore. Say what! These are some elaborate steps for someone to take for something so simple as he did not want him to contact his son.

What is not written in the Fairfield Police Department report and what David Cundy did not tell Wells, officially, but there is ample evidne that he did was that he told his son employer an Stanley Chance ("Chance") employer that Chance was trying to molest his son.

The plaintiff ask the Court, are these actions of a person who simply did not want Chance to contact him are his son? Hell no.

The above are the actions of a person who "strategic and creatively ey Chance a child molester in order to achieve his "bottom line" result which was to provoke Chance into doing something stupid like coming after him and assaulting him so he could get the plaintiff in ail, just look at his scrawny little ass, if a strong wing came along it would blow him away, but who will believe that David Cundy, rich and powerful owner of his own company is a racist who tried to provoke Chance?

4

This is what David Cundy bet on, he is an expert at strategic planning communication and he planned this from the start when he found out Chance was Black.

Then after Chance file this lawsuit he calls Chance and tells Chance "You're a dead man Nigger"

The fact that David Cundy called the plaintiffs without dispute and this is best evidence by the incoming call to the plaintiff's cell phone, which is backed up by his phone Bill (Attachment C)

The incoming phone number to the plaintiff cell phone is clearly (203) 259-5116, which is David Cundy's how phone number on the Police Report.

Everything else would be redundant, and the plaintiff is not a lawyer, he does not ike to him himself talk, he just submitting this to show that David Candy is a professional, a master manipulator and a strategic, creative planner, it says so in his literature and he has got rich doing what he does and taking into account, we know a little about David Cundy there certainly is enough circumstantial evidence that David Cundy likely did what the plaintiff said he did, circumstances don't lies.

David Cundy is a passive/aggressive who enjoys making people live different without actually confronting them just like most racist and the court will note on his litvature that he went to the University of Iowa which is a hub for race hating groups like the White Aryan Resistance (War), Whites United Against Change and Integration and of course the klu klux klan

5

The Court will also note 2 relevant things, the 1st being that in the plaintiff's 10 year history and about 50 actions filed in the District Court, with the exception of this one, the plaintiff has never alleged racial discrimination.

Yes, the plaintiff has alleged action "because he is Black" in complaints and this is because Black people are generally stupid and will let people walk all over them, hell that's the majority of people Black or White.

And, also since, between 1999 and 2002, the plaintiff has not filed any action and the Court is aware that the plaintiff was in prison, which begs the question why the Police weren't is they were investigating the plaintiff, and in every action the plaintiff has filed since has been back on the street, <u>Every action</u>, the plaintiff has always tried to talk to the person he was drawing his dispute with because he filed suit, that been a constant, with banks, employers everybody, and although those talks didn't achieve the desired results, there was always <u>communication</u> between the plaintiff and the other party, none who were communication experts

(6)

RESPECTFULLY SUBMITTED
THE PLAINTIFF

_____
Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on March 23, 2004

Tom Murtha, Esq.          Karen Karpie, Esq.
Mark Perkins              Murphy& Karpie
Mahar & Murtha            350 Fairfield Avenue
528 Clinton Avenue          Bridgeport, CT. 06604
Bridgeport, CT. 06605

_____
Stanley Chance, PRO SE