# ATTACHMENT

# A

*Optimizing Communications Through Technology* 

## Management Team



**David Cundy, President**
Founder of Design Trust, David brings over 25 years' experience in brand and corporate communications. David has worked with such top corporations as ABB, Andersen Consulting (now Accenture), AT&T, the Business Roundtable, Chase Manhattan Bank, ConAgra, Dun & Bradstreet, Ernst & Young, GE, GTE, IBM, Lucent, Pitney Bowes, Texas Instruments and Xerox on branding, marketing, interactive, investor and employee communications initiatives. David holds an M.F.A. from Yale University and a B.A. from the University of Iowa.



**Kevin Heslin, Director, Client Services**
Kevin brings results-oriented, market-driven understanding of client business goals to Design Trust. Kevin was event coordinator with Corporate Sports, Inc. where he was responsible for coordinating events for corporate sponsors of the 1996 Olympic games in Atlanta; and sales manager with New Mass Media, Advocate Newspapers. As Director, Client Services, Kevin leads Design Trust's Citigroup Client Services team, which produces a spectrum of Internet, intranet, custom application, interactive CD-ROM and advertising solutions. Kevin has a B.A. in Marketing from the University of Georgia.



**Manish Namdeo, Manager, IT**
Manish is also a leader in Design Trust's Application Development Group. A certified Microsoft Software Solution Partner, Manish has built database-driven extranets and internets for such clients as ACE, Citibank, Gerling, Healthy Choice, United Systems Integrators and Xerox. Manish has an M.B.A. from Devi Ahilya University and a B.S. from the University of Indore. He is certified by Microsoft and Novell.



**Jed Lewis, Manager, Media Development**
Jed is a network and custom application development specialist, having built the network infrastructure for some of the first commercial Websites and for Design Trust clients, including ConAgra and Gerling Global Financial Products. In addition, Jed has built community and e-commerce sites. Jed has recently been retained by a major global Design Trust client to provide ongoing on-site IT consulting. Jed attended Southeastern Oklahoma State University majoring in Aviation and Communications. He is certified by IBM.

---

**Sales contact information**
To send Design Trust an RFQ, RFP or to request additional information, please contact Mr. David Cundy, President, by e-mail at david.cundy@designtrust.com or by telephone at 203 761-1412, extension 115.

*Optimizing Communications Through Technology* 

## Design Trust Company information

Design Trust is a multi-disciplinary, integrated communications firm providing strategic communications, brand management, creative agency and e-Business solutions. Design Trust is results and bottom-line oriented, providing solutions that satisfy real client business requirements -- improving communications, increasing revenues, reducing costs, and optimizing bottom-line results.

Design Trust is a technology leader in the communications field. The company serves top public corporations, for which it typically executes projects, high-growth entrepreneurial companies, for which it typically provides a full spectrum of agency services, and other agencies, whose core skills it typically e-complements. Design Trust is a private ISP and IBM Innovation Center Alliance Partner.

Design Trust is a privately-held Connecticut corporation established in 1982 and based in Wilton, Connecticut, in the New York metro area. The company's team of communications professionals is made up of consultants, agency creatives, application developers and administrative support staff.

**Sales contact information**
To send Design Trust an RFQ, RFP or to request additional information, please contact Mr. David Cundy, President, by e-mail at david.cundy@designtrust.com or by telephone at 203 761-1412, extension 115.

 

*Optimizing Communications Through Technology*

## Core competencies and services

Design Trust has four core competencies, described below:

- Brand communications,
- Marketing communications,
- Internet, interactive and application development, and
- Employee and benefits communications.

### Brand communications



Design Trust provides a full spectrum of brand communications services, including audits; brand reports; positioning; core messages development; corporate, product and program naming; graphic standards guidelines for print or Web-based delivery; and brand management extranets.

### Marketing communications



Design Trust provides a full spectrum of marketing communications services, including marketing strategy and program management; sales and marketing Websites; sales support intranets; database marketing; direct mail; magazines and newsletters; advertising campaign development and administration; and public relations support services.

### Internet, interactive and application development



Design Trust provides a full spectrum of Internet, interactive and application development services, including site strategy and planning; audits; development of consumer Websites, e-commerce Websites, B2B extranets, sales support intranets, employee benefits intranets, e-operations intranets and custom application development; network and IT consulting; hosting; promotion; tracking and maintenance.

---

**Sales contact information**
To send Design Trust an RFQ, RFP or to request additional information, please contact Mr. David Cundy, President, by e-mail at david.cundy@designtrust.com or by telephone at 203 761-1412, extension 115.



*Optimizing Communications Through Technology*

## Design Trust clients

Design Trust's branding expertise has given the firm opportunities to work in a wide range of industries since 1982. A partial list of client industries follows. A partial client list is available for review by qualified guests, who can obtain a password at the Design Trust e-Tour password registration page.

- Architecture
- Banking
- Benefits consulting
- Chemicals
- Communications consulting
- Computer network products
- Computers
- Construction
- Consumer products
- Corporate family care services
- Cosmetics
- Diversified furniture holdings
- Diversified technologies
- Education
- Executive forum
- Executive placement services
- Financial services
- Fine arts
- Food and foodservice
- Forest products/paper
- Fragrance / High Fashion
- Graphic arts
- Health care
- Image and information management
- Industrial design
- Insurance
- International shipping
- Life insurance
- Managed care
- Performing arts
- Petroleum
- Pharmaceuticals
- Photographic equipment
- Power transportation, industry
- Professional associations
- Publication marketing
- Publishing
- Real estate development
- Rehabilitation services
- Reinsurance
- Retail
- Retail video chain
- Specialty foods
- Sports
- Telecommunications
- Television and radio broadcasting
- Transportation
- Utilities
- Women's apparel retail
- Workgroup consulting

**Sales contact information**
To send Design Trust an RFQ, RFP or to request additional information, please contact Mr. David Cundy, President, by e-mail at david.cundy@designtrust.com or by telephone at 203 761-1412, extension 115.

*Optimizing Communications Through Technology*

# Technical information and credentials

### Technical affiliations/partnerships

- Macromedia Partner
- IBM Innovation Center Alliance Partner
- IBM Premier Business Partner
- Certified Microsoft Solutions Provider

### Hosting facilities

- AT&T Backbone, multiple T-1's
- IBM Netfinity Servers
- Real G2 live/streaming video server
- Hosting client servers
- 24-hour monitoring

### Platforms, languages and technologies supported

- Active Server Pages (ASP)
- Allaire Cold Fusion
- Apache
- C, C++
- Filemaker Pro
- HTML, DHTML, XML
- IBM AIX, DB2, Websphere Application/Commerce Server
- Java Applications, Servlets, J2EE
- Javascript
- LINUX -- Red Hat, S.u.S.e.
- Macintosh OS , OSX
- Macromedia Director, Shockwave, Flash
- Microsoft Internet Information Server, SQL Server
- MySQL
- Netscape Enterprise Server, Livewire (and related)
- ODBC , JDBC
- Oracle 8, 8i
- PERL and modules DBI
- PHP
- Python
- Quicktime, QTVR
- Real G2 streaming technologies
- SQL, PL/SQL
- Sun Solaris
- UNIX OSes BSD, SCO
- Visual Basic

---

**Sales contact information**
To send Design Trust an RFQ, RFP or to request additional Information, please contact Mr. David Cundy, President, by e-mail at david.cundy@designtrust.com or by telephone at 203 761-1412, extension 115.

*Optimizing Communications Through Technology* 

**Employee and benefits communications**

 Design Trust provides a full spectrum of employee and benefits communications services, including executive and employee communications; employee benefits communications; employee benefits intranets; and recruiting programs and communications.

**Industry specialization**
Design Trust has its strongest expertise in the high technology, financial services and consumer industries. In addition, Design Trust's branding expertise has given the firm opportunities to work in a wide range of industries over its 20-year history. For more information, visit the Design Trust Clients page.

**Media competencies**
As a truly integrated communications firm, Design Trust works in Internet, interactive, custom application, print and video media.

---

**Sales contact information**
To send Design Trust an RFQ, RFP or to request additional information, please contact Mr. David Cundy, President, by e-mail at david.cundy@designtrust.com or by telephone at 203 761-1412, extension 115.

# ATTACHMENT

# B

# FAIRFIELD POLICE DEPARTMENT

Reef Road
[Fairfi]eld, CT 06430
[2]54-4800

## INCIDENT REPORT

- [ ] Juvenile Arrest
- [ ] Arrest Pending
- [ ] Sex Assault
- [ ] Hate / Bias Crime
- [ ] Arson
- [ ] Town Claim Incident

**NUMBER:** 02-25376
**DATE OF REPORT:** 9-18-02
**SIGNAL:** 7
**INCIDENT DESCRIPTION:** Harassing Phone Calls
**DISPATCHED:** 1150
**ON SCENE:** 1150
**LOCATION OF INCIDENT:** 1296 Old Academy Road
**TIME OF CALL:** ☒ OR ☐ BETWEEN ___ HRS ON ___ & ___ HRS ON ___

Notation: "V/Harbin?"
**FILE NUMBER:** 02-25376

### INVOLVED PERSONS

**CLASSIFICATION CODES:** A = Arrested  C = Complainant  D = Deceased  H = Homeowner  I = Involved Party  J = Juvenile  K = Key holder  M = Missing  N = Neighbor  O = Other  S = Suspect  V = Victim  W = Witness

| Field | Value |
|---|---|
| LAST NAME, FIRST NAME | Cundy, David |
| ADDRESS | 1296 Old Academy Road |
| TOWN/CITY, STATE | Fairfield, CT |
| HOME PHONE | 259-5116 |
| DOB | 03-18-52 |
| RACE/SEX | W / M |
| WORK PHONE | 761-1412 |

| Field | Value |
|---|---|
| LAST NAME, FIRST NAME | Cundy, Nick |
| ADDRESS | 1296 Old Academy Road |
| TOWN/CITY, STATE | Fairfield, CT |
| HOME PHONE | 259-5116 |
| DOB | 04-01-85 |
| RACE/SEX | W / M |

| Field | Value |
|---|---|
| LAST NAME, FIRST NAME | Chance, Stanley |
| ADDRESS | 119 Gem Ave |
| TOWN/CITY, STATE | Bridgeport, CT |
| HOME PHONE | 368-1918 |
| DOB | 01-10-68 |
| RACE/SEX | B / M |

For additional involved persons refer to Involved Person Supplement

### COLLECTION

**LARCENY**
- [ ] ATTEMPTED
- [ ] POCKET PICKING
- [ ] PURSE SNATCHING
- [ ] SHOPLIFTING
- [ ] THEFT FROM M V
- [ ] BICYCLES
- [ ] FROM BUILDING
- [ ] COIN OPER. MACHINE
- [ ] BOATS & ACCESS.
- [ ] OTHER

**BURGLARY**
- [ ] FORCIBLE
- [ ] NO FORCE
- [ ] ATTEMPTED
- [ ] RESIDENTIAL: DAY
- [ ] RESIDENTIAL: NIGHT
- [ ] RESIDENTIAL: UNK
- [ ] NON-RESIDENTIAL: DAY
- [ ] NON-RESIDENTIAL: NIGHT

**ROBBERY**
- [ ] FIREARM
- [ ] KNIFE
- [ ] OTHER WEAPON
- [ ] STRONG ARM
- [ ] ATTEMPTED

| PROPERTY | | | | TYPE: | D = Damaged | R = Recovered | S = Stolen | X = Seized |
|---|---|---|---|---|---|---|---|---|
| QUANTITY | TYPE | ITEM | PROPERTY DESCRIPTION | INCLUDE MAKE, MODEL TYPE, COLOR, ETC | | | SERIAL NUMBER | VALUE |

Attached

*For additional property refer to Property Supplement*

## NARRATIVE

David came to police headquarters to report harassing phone calls. David stated that his son Nick, works at Great Cakes in Westport. David said that [Nick] met Stanley, who works at Torno Lumber, at his workplace. The two businesses are [next] to each other, in Westport. Nick and Stanley then began talking to each other, and [eventu]ally Nick gave Stanley his phone number. David said that Stanley called his home on 08-12-02. David said that he doesn't want Stanley to call his house any more, with Nick not wanting him to call the house. David said that he spoke to Nick's boss [at G]reat Cakes, who said that he would speak to Stanley's boss at Torno Lumber, to have [him n]ot call the house anymore.

David said that Stanley then called the house again on 08-16-02, twice. He said that [he] left a message on the voice mail, for David to call him. He said on the message to [Davi]d that he wanted to talk to him because he heard that he was talking about him.

David requests that I warn Stanley not to call his house anymore.

I called Stanley's home and left a message on the answering machine for him to call me and said that his son Nick quit his job in Westport. Nick did not come to [police head]quarters with his father.

## DISPOSITION

ASSISTED BY:

| | | | |
|---|---|---|---|
| AMBULANCE TO: ___ | ☐ NOTIFY ___ | ☐ POLICE INFORMATION | NCIC |
| AREA ALL QUIET | | ☐ SECURED BY PATROL | OCA #: |
| ASSISTANCE RENDERED | ☐ ___ NOTIFIED | ☐ SETTLED | 1 ☐ ENTRY LOCATE CANCEL   CT MESS # |
| CHECKS OK | | ✓ SPOKE TO COMPLAINANT | |
| CIVIL MATTER | ☐ ___ RESPONDED | | |
| CONDITION CORRECTED | | ☐ TOWED BY ___ | OCA #: |
| LEGALLY PARKED/REGISTERED | ☐ NOTIFICATION MADE | ☐ UNABLE TO LOCATE / GOA | 2 ☐ ENTRY LOCATE CANCEL   CT MESS # |
| NOTE LEFT/UNABLE TO CONTACT | | ☐ UNDER INVESTIGATION | |
| | ☐ ___ PARKING TAG(S) ISSUED | ☐ WARNED / SENT ON WAY | |

| OFFICER REPORTING | BADGE NUMBER | PATROL AREA | IN SERVICE TIME | COPIES TO: | SPECIAL SERVICES | REVIEWED BY SERGEANT |
|---|---|---|---|---|---|---|
| [signature] | 76 | B-2 | 1225 | ☐ DETECTIVE DIVISION ☐ YOUTH BUREAU ☐ ADMINISTRATION | ☐ FOLLOW UP ☐ PATROL ☐ OTHER | [signature] REVIEWED BY SHIFT CMDR |

# ATTACHMENT

# C

Statement For: **STANLEY D. CHANCE**
Mobile Number: (203) 685-6038
Account Number: 275997925

Customer Service Number    1-800-937-8997

Feb 10, 2003

Page 7 of 16

## LOCAL AIRTIME, LONG DISTANCE AND INTERNATIONAL CHARGES - (Continued)

| Date | Call Destination | Time | Number Called | Call Type | Minutes | Airtime | Toll | Additional |
|---|---|---|---|---|---|---|---|---|
| 9/03 | Directory Asst | | ~M | | - | - | - | $ 0.99 |
| 2/03 | INCOMING | 11:04 AM | 203-259-5116 | | 1 | S | S S | S |

Type: (A) Call Waiting (B) Call Forward (C) Conference Call (D) Text Message (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls
iternat'l Call

*Attachment B*