UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE : 3:03CV40 (JCH)

VS. :

DAVID CUNDY, ET AL. : MARCH 31, 2004

FILED

2004 MAR 30  P 1: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PLAINTIFFS' RESPONE TO DEFENDANTS' OPPOSSITION TO COMMENCE DISCOVERY

Defendant David Cundy ("Cundy") claims that discovery would impose unnecessary time, expense and burden on him, well you know what that's really too bad, he has to reap what he sow and deal with the consequences of his actions.

This is the same person who went around the Westport area spreading vile, vicious lies and rumors on the plaintiff Stanley Chance ("Chance") forcing the quit his job which were he at today he would have made $25,000,00 after taxes.

Then when the Chance tried to talk to this puss, slim of the earth instead of assuming he was a racist and suing his maggot butt from jump street he goes and tells the Fairfield Police that Chance his harassing him.

Chance gave this clown, who with his wealth and affluence isn't worthy to lick the dog crap of the bottom of someone shoe who accidentally steps in it, more respect then he was, is and will ever be entitled too.

Cundy is a scheming, devious, manipulating, passive aggressive who believe that the world who him everything and must stoop down to kiss his rich butt.

Then Cundy lied to Police and told them Chance was stalking him his job, been to too house and left a message on his answering machine which only he and LT. Lyddy and Detective Bravo know the content of, getting the Police to threaten Chance, not one

1

but too occasion's, interfered with not one but 2 job and cost Chance his Public Service License and ability to make a living and forcing Chance to file suit to get the license back which he should have never lost in <u>Chance-v- Defilippo, et al</u>, 3:04CV156 (JBA).

Cundy makes himself out to be a victim here with false representation and patronage and the victims here is Chance who lost his job and has his name besmirched all for sake of racial hatred, the other victim here his the Court, who has to deal with not only this matter, butt the above case on Judge Arterton docket which shouldn't not be but his and the plaintiff know and the Court knows that the Court really don't want to deal with and shouldn't have to deal with.

Cundy, who we all know is a communication expert with own company would be broke he conducted his business like this and they're is no reason to delay discovery any longer, any burden, time or expense which Cundy may incur is a continuance of the scam he set in motion and his own acts and admissions, he stated this.

Chance his getting sick and tired of you people in Court and on the street throwing crap in his face and then when he stand up for himself you two faceted, superficial, materialist whatever ever you are try to make him feel guilty and blame him for the crap you try to lay at his feet.

Chance his handling 4 different case not including his workman's comp. Case and his dealing with 12 different Attorney from 5 different firms including the Attorney generals offices, not to mention tying to find a another job and busting his butt doing manual labor to pay his rent and he get $100.00 a week for work he does at business 4 times a week, $25 a night.

Chance his prosecuting 4 case on $100.00 a week, and believe it, though these cases are IFP, they are costly, so costly that Chance has not paid his Utility bill since November of last year and his surprised that they have not sent him a termination notice, his phone has been turned off for the 4th time since this case has been pending and he eats a soup kitchen a few times a weeks and gets credit from neighborhood merchants in Black rock.

Is Cundy starving to defend himself, is he in debt, will he lose his $5 million Dollar house, hell no, don't tell Chance hardships and financial burden.

Do you people think Chance is going threw this to amuse himself are you to use the Court to entertain himself, you people need to stop thinking about money for a moment.

The Court at the hearing last year made a comment to the effect of "Walk a mile in his shoes, I guess", what would you people do were you Chance, how much money is your dignity worth? Your piece of mind? Your freedom? Your life? How Much?

Attorney Perkins made the ridiculous representation in his memorandum that Chance could have simply told LT. Lyddy, when he ordered Chance to the Fairfield Police Department, to "get a warrant" and not show up.

You people watch to many cops shows, this ain't T.V, this is real life and if Chance would have told LT. Lyddy to "get a warrant" when Chance got in from work that day his car would have been surround by Bridgeport and Fairfield Police with guns drawn and they would have arrested Chance dead or alive without a warrant of the Police would have busting down Chance's apartment door after throwing tear gar in his home and they would have shoot and killed Chance with some bullshit story that Chance was

resisting arrest, this is real like and this is how the outcome could have been and the Fairfield Police should be commended for showing the restraint that they did but not excused because if the did there're job in the first place none of this crap would have happened.

And then Chance would have been dead and on the T.V., radio and in the Newspapers you would have had the NAACP. The Urban league, Congress for racial equality and every 2 bit hustling, jive ass preacher who call themselves Black activist and civil right organization exploiting the death of Chance so they can get money to buy there new Lexus, Mercedes, escalade or hummer when in truth the fool wouldn't give Chance the time of day and are so anti black that if you look closely at there bottom lip you can see were they are tying to bite the black off.

You people are taking this as a joke when in all the 50 actions that Chance has filed in the District Court since 1994, this is the most serious.

Cundy abused the Police and he manipulated his sons boss, Chance's boss the Police, 6 Lawyers, Judge Hall and the Court because of his racial discrimination and the only reason these lawyers said that crap about Cundy not wanting Chance to contact him or his son was because they don't have a defense and they took they truth that Chance wrote in is complaint about what Detective Bravo told Chance and turned it into a lies to defend Cundy, walk a mile in my shoes Judge Hall, these people couldn't even walk a inch in my shoes but they do deserve a walk to see how it feels.

Question, if Chance have for a stay in the proceeding because of the burden, time and financial hardship of the case would the Court grant it? NO.

There is no reason to continue to grant Candy a stay in discovery.

4

Unlike the defendants in the cases which Attorney Kelleher cited his memorandum, David Cundy action were time, planned and calculated.

The defendants in those other cases were corporate defendants and they were numerous and they did not go out of their way to scheme and discriminate, no comparison can be made with those defendants and Cundy.

Local Rules of Civil Procedure, Standing order on scheduling in Civil Cases specifically states in relevant part:

> "...[T]he filing of a motion to dismiss will not result in a stay or extend the time for completing discovery."

Are these rule too be circumvented to protect a racist or rich person what about the plaintiffs other cases should those be put on the back burner to appease Cundy when Chance returns to work, should he have to loose more to take the time off of work to take a needless unnecessary, should all those other Attorneys have to wait because Cundy wants everybody to kiss his butt?

Wouldn't it be more of a burden, and undue financial hardship on Cundy when this come back from Appeals Court because Chance was denied a full and fair opportunity to litigate?

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, Pro Se:
99 Jetland Street
Bridgeport, CT. 06605

5

## **CERTIFICATION**

I hereby certify that a copy of the forgoing was hand delivered on April 1, 2004 to:

2004 to:

| | |
|---|---|
| Tom Murtha, Esq.<br>Mark Perkins<br>Mahar & Murtha<br>528 Clinton Avenue<br>Bridgeport, CT. 06605 | Karen Karpie<br>Murphy & Karpie<br>350 Fairfield Avenue<br>Bridgeport, CT. 06604 |

_____
Stanley Chance, Pro Se: