UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | |
|     Plaintiff | CIVIL ACTION NO. |
| VS. | 3:03CV040 (JCH) |
| DAVID CUNDY, ET AL | |
|     Defendants | March 26, 2004 |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION TO COMMENCE DISCOVERY**

The defendant David Cundy hereby objects to the plaintiff's motion to commence discovery, dated March 12, 2004.

STATEMENT OF FACTS

The defendant David Cundy previously filed a motion to stay proceedings and discovery, dated April 7, 2003, a copy of which is attached hereto and marked Exhibit 1. The court granted the aforesaid motion by way of order dated May 6, 2003, a copy of which order is attached hereto and marked Exhibit 2. The court specifically ordered that discovery was stayed and discovery could commence 15 days after denial of any motion to dismiss.

Since the foregoing order was issued, the court heard argument on June 12, 2003 on pending motions, as a result of which the plaintiff filed a revised amended complaint

dated August 1, 2003. In response, the defendant David Cundy filed a motion to dismiss dated August 19, 2003, which is pending and has not yet been ruled upon by the court.

ARGUMENT

The defendant David Cundy advances the same arguments contained in his original motion to stay proceedings and discovery as more fully set forth in Exhibit 1. The plaintiff has not raised any valid reasons why the stay should be lifted at this time. It appears that the one of the reasons set forth in the plaintiff's motion to commence discovery is that the defendant David Cundy has had different attorneys representing his interests throughout this litigation; however, a party has a right to be represented by one or more attorneys. The plaintiff has also stated in his motion that certain Fairfield police officers have been named defendants in another lawsuit which is not relevant to the instant motion. Finally, the plaintiff suggests that the granting of the stay gives the appearance of favoritism and impropriety, which is simply not true.

A stay in this case continues to be warranted so the parties can be spared the unnecessary time, expense and other burdens associated with discovery until such time as the court determines whether the plaintiff's case has been properly plead so as to permit him to continue his case. The court has not prohibited any discovery in this case, but it has merely delayed it pending the outcome of the motion to dismiss. The plaintiff

has failed to show any valid reasons why the court should overrule its prior order granting the stay of discovery.

THE DEFENDANT DAVID CUNDY

BY_____
KAREN L. KARPIE ct04269
MURPHY AND KARPIE, LLC
350 FAIRFIELD AVE., SUITE 408
BRIDGEPORT, CT 06604
Tel. 203-333-0177
Fax: 203-333-8475

**CERTIFICATION**

      This is to certify that a copy of the foregoing was sent, First Class, U.S. Mail, Postage Prepaid, on March 26, 2004 to all of the following pro se parties and counsel of record:

Stanley Chance, Pro Se
99 Jetland Street
Bridgeport, CT 06605

Thomas Murtha
Mark Perkins
Maher & Murtha
528 Clinton Avenue
Bridgeport, CT 06605

                                                                                        _____
                                                                                        KAREN L. KARPIE