APR 0 1 2004

Honorable Janet C. Hall
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT. 06604

April 1, 2004

**FILED**

2004 APR -6  A 9: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

RE: <u>Chance-v-Cundy, ET AL.</u>, 3:03CV40 (JCH)

Dear Judge Hall,

In my response to Attorney Karpie's Opposition to my Motion to Commence Discovery" I inadvertently put in the word "Bullshit".

What happens was on the originally draft which I typed on the word processor I put in a lot of stuff, which obviously is inappropriate for legal pleading, not to mention some misspelled and miscommunicated words.

I put that stuff in there because it releases a lot of anger and stress and in the course of correcting all that and changing the words to "crap" which of course is not a accepted word used in legal pleading, I missed that one word.

There is no excuse nor am I trying to make one for that word, I just wanted to apologize to you and the Court for doing it and I will take full and complete responsibilities for my actions and mistake, I meant no disrespect.

Sincerely,

Stanley Chance
Pro Se: Plaintiff
99 Jetland Street
Bridgeport, CT. 06605

Copies: Tom Murtha, Esq.    Karen Karpie
        Mark Perkins        Murphy & Karpie
        Mahar & Murtha      350 Fairfield Avenue
        Bridgeport, CT. 06605  Bridgeport, CT. 06604