UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : 3:02CV40 (JCH) | **FILED** |
| VS. | : | 2004 MAY 24  P 1: 44 |
| DAVID CUNDY ET AL | : MAY 21, 2004 | U.S. DISTRICT COURT<br>BRIDGEPORT, CONN |

### PLAINTIFFS' MOTION TO WAIVE RULE 26 PLANNING OF PARTIES AND DISCOVERY

The plaintiff, Stanley Chance in the above captioned case respectfully moves the Court to waive planning of parities and discovery in the above captioned case.

If this case gets dismissed then obviously there is no need for planning of parities and/or discovery.

If this case does not get dismiss, then the parties positions are sufficiently set out and pled in the motion to dismiss and opposition to go to trial and there is no way this case is going to be settled.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605
Stanleychance@yahoo.com

### CERTIFICATION

I hereby certify that a copy of the foregoing was hand delivered on May 24, 2004 to"

1

Thomas Murtha, Esq.
Mark Perkins
Mahar & Murtha
528 Clinton Avenue
Bridgeport, CT. 06605

Karen Karpie Esq.
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, CT. 06604

_____
Stanley Chance, PRO SE: