UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE         | 3:03CV40 (JCH)
V.                     |
DAVID CUNDY, ET AL     | JUNE 8, 2004

## PLAINTIFFS MOTION FOR WRIT OF EXECUSSION

The plaintiff moves this court for a Writ of Execution against all municipal defendants in the amount of $25,000.00 (Twenty Five Thousand) Dollars, not including attorney fees for Attorney Jonathan J. Klein, at his billable rate as if he has been assisting the plaintiff throughout entire litigation because he has.

In this plaintiff 10 years and over 50 actions against the state, Attorney Klein has been the only attorney to ever successfully pull the wool over the plaintiff eyes and the plaintiff is legally blind, he cant see.

THE PLAINTIFF

Stanley Chance, pro se
99 Jetland Street
Bridgeport, CT 06605

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on June 8, 2004 to:
Tom Martha
Mark Perkins
528 Clinton Avenue
Bridgeport, CT 06605

Karen Kemper
1350 Fairview Avenue
Bridgeport, CT

Stanley Chance