UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE | 3:03CV40 (JCH)

V.

DAVID CONDP, ET AL | JUNE 8, 2004

MOTION TO APPOINT COUNSEL AS
PLAINTIFF IN THIS ACTION DUE TO
MENTAL CAPABILITY / Incapability

The plaintiff, Stanley Chance, in the above captioned case moves the court to Appoint and Charge to the Municipal defendants the following Attorney to stand by and take over in case the plaintiff is unable to continue due to lack of mental faculties or hospitalization.

Johnathan J Klien, Esq
1445 Capitol Avenue
Bridgeport, CT 06606
(203) 330-1700

This is the only power, which of the Judge and the plaintiff Father of faith, who is dead to Faith adjourn him in the house of god

THE PLAINTIFF

Stanley Chance, Pro Se
99 Jetland Street
Bridgeport, CT 06608

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on June 8, 2004 to:

Tom Martin                      Karen Kempe
Mark Perkins                    350 Capitol Avenue
525 Linden Avenue               Bridgeport, CT 06604
Bridgeport, CT 06605

Stanley Chance


**BRIDGEPORT HOSPITAL**
YALE NEW HAVEN HEALTH

# DISCHARGE INSTRUCTION SHEET

```
                                    STANLEY
                              U- 65 69 25  01/10/1968  36Y
                              DR. MORGAN, CHARLES J
                              ADM
```
Addressograph

Nursing Unit: _____ Ext: _____
Doctor: _____ Phone: _____

**1. General Instructions:**

Southwest Clinic (Mary Lou Ithes)
361 Bird St.
Bpt Ct 06605
Wed June 9th 2pm

Patient/Family/S.O. have been instructed in Wound Care/Dressing Changes ☐ Yes ☐ N/A
Patient/Family/S.O. have return demonstrated or expressed verbal understanding of Wound Care/Dressing Change ☐ Yes ☐ N/A

**Skin Care: (List any area being treated or evaluated)**

**2. Diet:** _____
**3. Activity Level:** _____
**4. Return Appointment With:** _____
**5. Avoid smoking and second hand smoke** (For help in quitting call our QuitSmart ™ Stop Smoking Program at (203) 384-4444)
**6. MEDICATIONS / General Reminders:**
   a) Take the exact amount prescribed unless otherwise instructed by your doctor
   b) Take pills at about the same times each day
   c) Keep medicines in their original bottles
   d) Keep a written list of your medications and bring the list to each doctor's appointment
   e) Inform your doctor if you start new medication
   f) If you feel a medicine is making you sick, CALL YOUR DOCTOR

| DRUG (name/strength) labs | INSTRUCTIONS | DRUG (name/strength) | INSTRUCTIONS |
|---|---|---|---|
| Risperdol 2mg | Bid 7A-6p | | |
| Depakote 2000mg | qHS 10pm | | |
| Accucheck | Bid 6:39A-4pm | | |
| Cortisone cream for Rash lower abd Topical Bid 7A-6p | | | |

** If you have any questions or concerns, call your doctor **

Discharge Date: 6/1/04  Discharged At: 11:30 am/pm  With: Self
Discharge To: ☒ Home  ☐ ECF  ☐ CT Hospice  ☐ Other: _____
Discharged with equipment: ☐ Yes  ☒ No    Patient/Family/S.O. understands equipment given: ☐ Yes ☒ N/A
Patient/Family/S.O. Understand the Food/Drug Interaction of Medications Prescribed: ☐ Yes ☒ N/A
Any Educational Pamphlets given (list pamphlet): Food/Drug Interaction pamphlet
Patient/Family/S.O. Understands Continuing Care Needs After Discharge: ☒ Yes ☐ N/A
Patient/Family Educated on Pain Management Plan: ☐ Yes ☒ N/A
Signatures: R.N.: _____ R.N.: _____ M.D. _____

**I Have Reviewed & Understand Instructions and Agree With The Discharge Plan:**
Signature: _____ Relationship to Patient: Self
115619  6/03    White Copy - Chart    Yellow Copy - Patient    Pink Copy - Physician


**BRIDGEPORT HOSPITAL**
YALE NEW HAVEN HEALTH

```
47454416           05/28/04
CHANCE STANLEY           M
U- 65 69 25 01/10/1968 36Y
DR. SIRLEAF, JAMES A
EMERGENCY DEPARTMENT
```
Addressograph

## Patient Search Report

**Date and Time of Search**  Date: 5/28/04   Time: 10 AM

**Location of Search**  Room: Room 3

**Search Conducted By:** (Please Print)
Patient Care Provider: Elvin M.
Security Officer: C. Talbo...

Patients who are admitted to the ED and are a risk to self or others will require a search.
- Female patients will be searched by a female staff member and or female security officer.
- Male patients will be searched by a male staff member and or a male security officer.

**Purpose of Search**
☐ Patient Safety   ☐ Restraint Order
☐ 1:1 Observation   ☐ Danger to Self (Others)
☐ Seclusion   ☐ Other

**Comments:** _____

### Items Identified During Search

**Clothing**   #   **Color**
Pant(s): dark blue
Skirt(s): ___
Socks: ___
Underwear: ___
Shoes: black sneaker
Other: white shirt

**Valuable(s)**
Watch(s): ___
Necklace(s): ___
Ring(s): ___
EarRing(s): ___
Purse/Wallet: ___
Money: ___

Dentures: ___
Hearing Aid ☐ L ☐ R
Cane: ___
Walker: ___

**Contraband Found Description:** ___

Signature of person performing search: [signature]
Signature of Witness: [signature]

Rev 2 03   White - PATIENT CHART   Yellow - ALL TO BELONGINGS



# ABOUT YOUR MEDICATION

**Phone #: (203)335-4123**
**1260 Main Street**
**Bridgeport, CT 06601**

**Phone#: 335-4123**
**Pharmacist:**
*JASON STONE*

---

**Rx: 1172655**
**RISPERDAL M-TAB 2M TAB 50458-0325-28**
*TAKE ONE TABLET TWICE DAILY*

**Patient:**
**STANLEY CHANCE**
Doctor: BRUCE GUSSIN
Phone: (203)

---

GENERIC NAME: RISPERIDONE (ris-PER-i-done)

COMMON USES: This medicine is an antipsychotic agent used to treat emotional and mood disorders. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking clozapine, other medicines for mental or mood conditions, certain antidepressants known as SSRIs, or medicine to lower blood pressure. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including heart disease (heart failure, history of heart attacks or ischemia, conduction problems), diabetes, strokes (cerebrovascular disease), dehydration (too little body water), seizures, dementia, swallowing problems, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine is taken by mouth usually once or twice daily. This medicine may be taken on an empty stomach or with food. This medicine comes in a blister pack. Do not remove the tablet from the packaging until you are ready to take a dose. Tear apart the package at the perforation. Bend the corner of the package where directed and peel back the foil to show the tablet. Do not try to push the tablet through the foil, this may damage the tablet. Remove the tablet form the foil package with dry hands and place it on your tongue immediately. Do not split or chew the tablet. The tablet will melt on your tongue in a few seconds. After the tablet has melted on the tongue, it can be swallowed with or without water or other liquid. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. Do not store in the bathroom. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT TAKE this medicine if you have had an allergic reaction to it or are allergic to any ingredient in this product. IF YOUR SYMPTOMS DO NOT IMPROVE in a few weeks or if they become worse, check with your doctor. DO NOT STOP TAKING THIS MEDICINE without checking with your doctor. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. Laboratory and/or medical tests, such as fasting blood sugar levels, may be performed to monitor your progress or to check for side effects. THIS MEDICINE MAY CAUSE drowsiness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. DO NOT DRINK ALCOHOL while you are taking this medicine without first discussing it with your doctor. THIS MEDICINE MAY CAUSE DIZZINESS, lightheadedness, or fainting. To prevent them, sit up or stand slowly, especially in the morning. Also, sit or lie down at the first sign of dizziness, lightheadedness, or weakness. DO NOT BECOME OVERHEATED in hot weather or during exercise or other activities since risk of heatstroke may be increased. THIS MEDICINE CONTAINS ASPARTAME. If you have phenylketonuria (PKU) or any other condition where you must restrict your intake of aspartame (or phenylalanine), consult your doctor or pharmacist regarding the safe use of this medicine. THIS MEDICINE MAY INCREASE YOUR RISK OF DEVELOPING DIABETES or increase blood sugar levels. High blood sugar levels can cause serious problems if left untreated. Contact your doctor for more information. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. Caution should be used in the elderly since they may be more sensitive to the effects of this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine. DIABETICS: THIS MEDICINE MAY AFFECT YOUR BLOOD SUGAR. Check blood sugar levels closely and ask your doctor before adjusting the dose of your diabetes medicine.

# ABOUT YOUR MEDICATION

Phone #: (203)335-4123  
1260 Main Street  
Bridgeport, CT 06601

Phone #: 335-4123  
Pharmacist:  
*JASON STONE*

---

**Rx: 1172654**  
**DEPAKOTE 500MG DR TAB 00074-6215-53**  
*TAKE 4 TABLETS AT BEDTIME*

**Patient:**  
**STANLEY CHANCE**  
Doctor: BRUCE GUSSIN  
Phone: (203)

---

GENERIC NAME: DIVALPROEX (dye-VAL-pro-ex)

COMMON USES: This medicine is an anticonvulsant used to control seizures. It may also be used to treat migraine headaches, manic episodes, and other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: WARNING: Rarely, serious (possibly fatal) liver problems have occurred in patients using this drug. Children using this drug who are under the age of 2 years are at higher risk to experience liver problems, especially if they also have a severe seizure disorder along with mental retardation; are using more than one seizure control drug; have body process (metabolic) problems or have brain disorders. If used in these patients, this drug must not be used with additional seizure control drugs. Early signs of liver problems include loss of seizure control, vomiting, unusual tiredness/weakness, loss of appetite, yellowing eyes/skin, or swelling of the face. Contact your doctor promptly if you develop any of these symptoms. Liver tests should be run before and during use of the drug. Rarely, serious (possibly fatal) pancreatitis (pancreas inflammation) has occurred during use of this medicine. It may progress quickly and may include abdominal pain, nausea, vomiting, and loss of appetite. Contact your doctor promptly if you develop any of these symptoms. Rarely, serious (possibly fatal) encephalopathy (decreased mental status) has occurred during use of this medicine. This has occurred in patients with a specific metabolic disorder (urea cycle disorder). Symptoms may include unusual weakness, vomiting, or mental changes. Contact your doctor promptly if you develop any of these symptoms. This drug may cause birth defects. Consult your doctor about the use of this medicine during pregnancy. Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking barbiturates, benzodiazepines, or other medicine for seizures. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of liver conditions, pancreatitis, or a certain metabolic disorder (urea cycle disorder). . Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and it is within 6 hours of the missed dose, take it as soon as possible. Take the remaining doses of the day at evenly spaced intervals. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking 1 dose daily, take the missed dose if you remember the same day. Skip the missed dose if you do not remember until the next day. DO NOT take 2 doses at once.

CAUTIONS: DO NOT STOP TAKING THIS MEDICINE without first checking with your doctor. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. THIS MEDICINE MAY CAUSE drowsiness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of alcohol and other depressants. Ask your pharmacist if you have questions about which medicines are depressants. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes aspirin. FOR WOMEN: THIS MEDICINE HAS BEEN SHOWN TO CAUSE HARM to the human fetus. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

Yahoo!  My Yahoo!  Mail

YAHOO! Health    Sign In
New User? Sign Up

Search the web [      ] Sear

Health Home

# Yahoo! Health

Search [Drug Index ▼] for [      ] Sear

Quicklinks: 🏥 Health Centers   📖 Encyclopedia   ⚗️ Drug In

Health > Drug Index > Depakote

**Drug Index**

## ⚗️ Depakote

The Following Information Provided by Thomson MICROMEDEX

**Also known as:**
GENERIC NAME(S):
Valproic Acid (Systemic)

Valproic acid, valproate sodium, and divalproex belong to the group of medicines called anticonvulsants. They are used to contro certain types of seizures in the treatment of epilepsy. Valproic acid, valproate sodium, and divalproex may be used alone or with seizure medicine. Divalproex is also used to treat the manic phase of bipolar disorder (manic-depressive illness), and to help pre migraine headaches. More...

---

Copyright © 2004 MICROMEDEX Thomson Healthcare All Rights Reserved.

**THOMSON**
**MICROMEDEX**

Copyright © 2004 Yahoo! Inc. All Rights Reserved.
Terms of Service - Copyright Policy - Privacy Policy - Ad Feedback

This site does not provide medical or any other health care advice, diagnosis or treatment. The site and its services, including the inform above, are for informational purposes only and are not a substitute for professional medical advice, examination, diagnosis or treatment. seek the advice of your physician or other qualified health professional before starting any new treatment or making any changes to exis treatment. Do not delay seeking or disregard medical advice based on information on this site. Medical information changes rapidly and Yahoo! and its content providers make efforts to update the content on the site, some information may be out of date. No health informat Yahoo!, including information about herbal therapies and other dietary supplements, is regulated or evaluated by the Food and Drug Administration and therefore the information should not be used to diagnose, treat, cure or prevent any disease without the supervision medical doctor.

Yahoo!  My Yahoo!  Mail

 **Sign In**
New User? Sign Up

Search the web [        ] Sea

Health Hom



If so, you may want to talk to your doctor about treatment options.

CLICK HERE FOR QUIZ

## Yahoo! Health

Search [Drug Index ▼] for [            ] Sea

Quicklinks:  ✚ Health Centers   📖 Encyclopedia   ⚗ Drug I

Health > Drug Index > Risperdal

**Drug Index**

**Resources**
- Safe Medication Use
- Poison Control Centers

**Encyclopedia**
- Quick topics from A-Z

**Health Centers**
- Allergy
- Arthritis & Pain
- Asthma
- Back Pain
- Bone Health
- Breast Cancer
- Cancer

View All

**News and Updates**
- News
- Clinical Trials

**Yahoo! Community**
- Chats
- Groups
- Message Boards

Print this page | Email this page

### ⚗ Risperdal
The Following Information Provided by Thomson MICROMEDEX

**Also known as:**
GENERIC NAME(S):
Risperidone (Systemic)

Risperidone ( *ris-PER-i-done*) is used to treat the symptoms of psychotic disorders, such as schizophrenia. More...

Back to Top
Print this page | Email this page

**Sponsored Links**

Schizophrenia Treatment
Frontier Pharmacies carries a large selection of prescription medications to treat diabetes, depression, insomnia, erectile dysfunction and much more. Order online today.
www.frontierpharmacies.com

CareGiver.com: Schizophrenia Information
CareGiver.com is a leading provider of information, support and guidance on Schizophrenia. Visit our site to find articles on Schizophrenia symptoms and treatments.
www.caregiver.com

In-Depth Schizophrenia News, Education
Psychiatry24x7.com offers extensive information (diagnosis, treatment, other help) on schizophrenia and other severe mental disorders for patients, relatives and healthcare professionals.
www.psychiatry24x7.com

( What's this? )

Maybe you do too...

Copyright © 2004 MICROMEDEX Thomson Healthcare All Rights Reserved.
THOMSON
MICROMEDEX
Copyright © 2004 Yahoo! Inc. All Rights Reserved.
Terms of Service - Copyright Policy - Privacy Policy - Ad Feedback

Yahoo! Health Drug Index: Risper...  Page 2 of 2

Case 3:03-cv-00040-JCH    Document 116    Filed 06/08/2004    Page 10 of 14

This site does not provide medical or any other health care advice, diagnosis or treatment. The site and its services, including the inforr above, are for informational purposes only and are not a substitute for professional medical advice, examination, diagnosis or treatment. seek the advice of your physician or other qualified health professional before starting any new treatment or making any changes to ex treatment. Do not delay seeking or disregard medical advice based on information on this site. Medical information changes rapidly and Yahoo! and its content providers make efforts to update the content on the site, some information may be out of date. No health informa Yahoo! , including information about herbal therapies and other dietary supplements, is regulated or evaluated by the Food and Dru Administration and therefore the information should not be used to diagnose, treat, cure or prevent any disease without the supervisio medical doctor.

```
06/02/04                        ETHICAL PHARMACY #76                        Page: 1
09:13
Prescription Profile for: STANLEY CHANCE
                          99 JETLAND ST                    Birthdate: 01/10/1968
                          BRIDGEPORT      CT   06606       Cust ID   01/10/68
From 06/01/04


  Rx#    Type    Date     Doctor        Quantity  Drug              Price      Copay   R.Ph

1172654  OI    6/02/04  BRUCE GUSSIN    120.0 DEPAKOTE 500MG DR TAB  248.13     1.50   JLS
1172655  OI    6/02/04  BRUCE GUSSIN     60.0 RISPERDAL M-TAB 2M TAB 377.50     1.50   JLS
                                                                    ---------  ---------
        Type: O=original   I=insurance                              625.63     3.00
              R=refill     C=A/R charge                             =========  =========
                                          TOTAL OUT OF POCKET          3.00
Pharmacist Signature:
                        ETHICAL PHARMACY #76                  DEA#: BT6081587
                        1260 MAIN STREET
                        BRIDGEPORT     CT   06601
```

STANLEY CHANCE
99 JETLAND ST
BRIDGEPORT, CT  06606

Rx: 1172655* DF: 06/02/04
STANLEY CHANCE
NDC# 50458-0325-28  Qty: 60
Price: 1.50  DS: 30
RPh:  JLS  New/Refill: N
CONNECTICUT MEDICAID
DEA: MG0964343

[x] THIRD PARTY   Rx# 1172655  06/02/04
PRIVACY ACK.
CONNECTICUT MEDICAID
Signature _____  DECLINED PATIENT COUNSELING  DUR  STANLEY CHANCE  N.S.C.

STANLEY CHANCE
99 JETLAND ST
BRIDGEPORT, CT  06606

Rx: 1172654* DF: 06/02/04
STANLEY CHANCE
NDC# 00074-6215-53  Qty: 120
Price: 1.50  DS: 30
RPh:  JLS  New/Refill: N
CONNECTICUT MEDICAID
DEA: MG0964343

[x] THIRD PARTY   Rx# 1172654  06/02/04
PRIVACY ACK.
CONNECTICUT MEDICAID
Signature _____  DECLINED PATIENT COUNSELING  DUR  STANLEY CHANCE  N.S.C.



**BRIDGEPORT HOSPITAL**
YALE NEW HAVEN HEALTH

Chance, Alenda (?)

Addressograph

*Patient Search Report*

**Date and Time of Search**  1-3-04        13:15
                             Date          Time

**Location of Search**   Room #2
                         Room

**Search Conducted By:**  Jeneine Crawford    Ivan Miranda
(Please Print)            Patient Care Provider   Security Officer

Patients who are admitted to the ED and are a risk to self or others will require a search.
- Female patients will be searched by a female staff member and or female security officer.
- Male patients will be searched by a male staff member and or a male security officer.

**Purpose of Search**
- ☒ Patient Safety          ☐ Restraint Order
- ☒ 1:1 Observation         ☐ Danger to Self (Others)
- ☐ Seclusion               ☐ Other

2 Bags

**Comments:** _____

**Items Identified During Search**

| Clothing | # | Color |
|---|---|---|
| Pant(s) | 1 | black |
| Shirt(s) | 1 | navy blue |
| Socks | | |
| Underwear | | |
| Shoes | 1 pair | tan |
| Other | | |

Valuable(s)
- Watch(s) _____
- Necklace(s) _____
- Ring(s) _____
- EarRing(s) _____
- Purse/Wallet _____
- Money _____

- Dentures _____
- Hearing Aid ☐ L  ☐ R
- Cane _____
- Walker _____

**Contraband Found Description:** 1 punch pipe, lighter, lottery tickets

**Signature of person performing search** _____

**Signature of Witness** _____

White - PATIENT CHART        Yellow - ALL TO BELONGINGS

Rev 2/03


**BRIDGEPORT HOSPITAL**
YALE NEW HAVEN HEALTH

# RESTRAINTS

There are times when the staff identify a patient who they think might be in danger of hurting him or herself. For example, we know that people with poor eyesight need good lighting so that they can find their way safely to the bathroom without falling. In that case, a light might be left on in the patient's room, as a safety measure.

If a patient becomes confused, as can easily happen in an unfamiliar setting like a hospital, we can keep them from wandering away, or falling from their bed or chair by using a soft vest restraint that serves as a reminder to the patient that he/she should not get up. Should their confusion cause them to pull on bandages or IV, or to harshly scratch themselves, soft fabric wrist restraints might be needed to protect the patient.

Before we apply restraints to a patient we may try certain diversional activities (i.e. TV, radio, magazines etc.) and prescribed medications to help the patient regain control. If these measures are unsuccessful, the patient may require soft restraints. In any case, restraints are only used as long as they are absolutely needed and are applied so that they are not uncomfortably tight or overly restrictive. Our rules are clear about how we must treat patients who are restrained. They must be monitored closely and released often so that they can move about, take fluids or food, use the toilet, etc.

Other types of restraints are utilized when more than a simple reminder is needed to protect the patient or those around him. Leather restraints are used to prevent patients from doing serious harm to themselves or others.

Only specially trained staff can apply or remove restraints and a doctor's order is required for restraints.

It has been found that family participation in the care process can limit the use of restraints. If you can be available to participate in the care process, please let the Clinical Services Manager/Charge Person know.

Should you have questions about why restraints were used for you, your family member/ significant other, the nurses will be glad to provide the explanation and can show you how we record the special monitoring all restrained patients must receive.

I have reviewed the above information with the patient and/or family.

RN Signature_____    Date_____

Form #99-973 Rev. 6/98        White – Chart        Yellow – Patient