FILED

2004 JUN 14 P 12:54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY CHANCE | : | CIVIL ACTION NO. |
| | : | |
| v. | : | CASE NO. 3:03CV 40 (JCH) |
| | : | |
| DAVID CUNDY, ET AL | : | JUNE 10, 2004 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S WRIT OF EXECUTION

The defendants hereby object to the plaintiff's "Motion For Writ Of Execusson" (sic) dated June 8, 2004. The undersigned defendants conclude from the relief requested in the motion that the plaintiff seeks a Writ of Execution. The defendants hereby object to the instant motion as it is without legal or factual basis. Black's Law Dictionary defines a "Writ of Execution" as: "Formal process issued by court generally evidencing the debt of the defendant to the plaintiff and commanding the officer to take the property of the defendant in satisfaction of the debt." See Black's Law Dictionary, Sixth Edition. In the instant case, no judgment has entered against the municipal defendants establishing that they owe the plaintiff a monetary debt. In fact, the defendants filed a Motion to Dismiss the underlying complaint and are awaiting the judge's ruling thereon.

The challenged motion fails to state facts or reference case law in support of the relief requested. To the extent the plaintiff seeks a writ of execution against the municipal defendant's in the amount of $25,000.00, there is clearly no basis for this request. Therefore, the undersigned defendants respectfully request this Court deny the plaintiff's Motion for Writ of Execution, and respectfully request the court award the undersigned defendants attorney's fees for responding to the instant motion.

> THE DEFENDANTS,
> CHIEF JOSEPH SAMBROOK,
> LIEUTENANT CHRIS LYDDY,
> DETECTIVE PETER BRAVO,
> LIEUTENANT PHILIP MASCENDARO,
> KEVIN WELLS AND
> FAIRFIELD POLICE DEPARTMENT
>
> BY: _____
> Mark A. Perkins
> Maher and Murtha, LLC
> 528 Clinton Avenue - P.O. Box 901
> Bridgeport, CT  06601
> Phone No.:    (203) 367-2700
> Fax No.:      (203 335-0589
> Federal I.D. No.:  05522

## CERTIFICATION

This is to certify that a copy hereof was sent, first class mail, postage prepaid, on this the 10th day of June, 2004 to:

Stanley Chance, Pro Se
99 Jetland Street
Bridgeport, CT  0605

Karen L. Karpie, Esq.
Murphy and Karpie, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT  06604

                                                                                         Mark A. Perkins