FILED

UNITED STATES DISTRICT COURT 1 P 1: 23
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| STANLEY CHANCE | : |
| v. | : CIVIL ACTION NO.<br>3:03-cv- 40 (JCH) |
| DAVID CUNDY, ET AL | : JUNE 30, 2004 |

## ANSWER

The remaining municipal defendant, Peter Bravo, denies each every allegation of the Revised Amended Complaint filed, on or about August 1, 2003, that is addressed to him.

## SPECIAL DEFENSES

Liability for those allegations of the complaint directed to the defendant, Peter Bravo, are barred by the doctrine of qualified governmental immunity.

THE DEFENDANT,
Detective Peter Bravo

By: _____
Mark A. Perkins
Maher and Murtha, LLC
528 Clinton Avenue  P.O. Box 901
Bridgeport, CT   06601-0901
Phone #367-2700  Fed. #CT22419

## **CERTIFICATION**

This is to certify that a copy hereof was sent, first class mail, postage prepaid, on this the 30th day of June, 2004 to:

Stanley Chance, Pro Se
99 Jetland Street
Bridgeport, CT  06605

Karen J. Karpie, Esq.
Murphy and Karpie, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT  06604

                                          _____
                                                  Mark A. Perkins