UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE
       Plaintiff                          :                  CIVIL ACTION NO.

    VS.                                       :                  3:03CV040 (JCH)

DAVID CUNDY, ET AL
       Defendants                    :                  July 14, 2004

**ANSWER OF DEFENDANT DAVID CUNDY AND JURY CLAIM**

**BY WAY OF ANSWER**

The defendant David Cundy denies each and every allegation of the revised amended complaint filed on or by August 1, 2003 that is addressed to him.

**BY WAY OF SPECIAL DEFENSES**

First Special Defense

The plaintiff's complaint fails to state a valid claim upon which relief can be granted.

Second Special Defense

Any statements made by the defendant David Cundy were true or reasonably believed by him to have been true when made.

Third Special Defense

Any statements made by the defendant David Cundy were privileged.

Fourth Special Defense

The court lacks subject matter jurisdiction.

**BY WAY OF JURY CLAIM**

The defendant David Cundy demands a jury trial for all issues in this case.

THE DEFENDANT DAVID CUNDY


BY_____
KAREN L. KARPIE ct04269
MURPHY AND KARPIE, LLC
350 FAIRFIELD AVE., SUITE 408
BRIDGEPORT, CT 06604
Tel. 203-333-0177
Fax: 203-333-8475

**CERTIFICATION**

     This is to certify that a copy of the foregoing was sent, First Class, U.S. Mail, Postage Prepaid, on July 14, 2004 to all of the following pro se parties and counsel of record:

Stanley Chance, Pro Se
99 Jetland Street
Bridgeport, CT 06605

Mark Perkins
Maher & Murtha
528 Clinton Avenue
Bridgeport, CT 06605

                                                _____
                                                KAREN L. KARPIE