FILED

2004 JUL 19 P 1:46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STANLEY CHANCE<br>Plaintiff | :<br>:<br>: |
| v. | : CASE NO. 3:03CV 40 (JCH) |
| DAVID CUNDY, ET AL<br>Defendant | :<br>:<br>: JULY 15, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule 56, the defendant, PETER BRAVO, in the above-referenced matter, move this Court to enter Summary Judgment in his favor, for the following reasons:

1. Reasonable suspicion existed to question the plaintiff, and therefore the defendant cannot be held to have violated the plaintiff's Fourth Amendment rights; and,

2. The doctrine of qualified immunity insulates him from liability for the allegations contained in the underlying complaint.

In support of the instant motion, the defendant attaches hereto a Local Rule 9(c)1 Statement, a Memorandum of Law and supporting Affidavits.

WHEREFORE, for the reasons set forth in the attached Memorandum of Law, the defendant respectfully requests that this Court grant the instant Motion For Summary Judgment in all respects.

THE DEFENDANT,
PETER BRAVO

BY:_____
THOMAS M. MURTHA
MAHER & MURTHA, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT. 06601
Phone No. 203-367-2700
Fax No. 203-335-0589
Fed. ID # CT22419

CERTIFICATION

This is to certify that a copy hereof has been sent, first-class mail, postage prepaid, on this date, to all counsel and pro se parties of record:

Stanley Chance, Pro Se
99 Jetland Street
Bridgeport, CT  06605

Karen L. Karpie, Esq.
Murphy & Karpie, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT  06604

BY:_____
THOMAS M. MURTHA