UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-40 (JCH) |
| : | |
| DAVID CUNDY, ET AL : | |
|    Defendants : | AUGUST 19, 2004 |

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_\_ To supervise discovery and resolve discovery disputes

_____ A ruling on the following motion(s) which are currently pending:

\_\_\_\_√\_\_ A settlement conference.

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 19th day of August, 2004.


                                        /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge