UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-40 (JCH) |
| : | |
| DAVID CUNDY, ET AL : | SEPTEMBER 7, 2004 |
|     Defendants : | |

**ORDER TO SHOW CAUSE**

Plaintiff, Stanley Chance, is hereby ordered to show cause, in writing, on or before **SEPTEMBER 21, 2004,** why the state law claims that survive the court's September 7, 2004 grant of summary judgment as to the final federal law claim should not be dismissed for lack of jurisdiction in light of Section 1367 of Title 28 of the United States Code. Failure to respond in writing to the court by said date will result in dismissal.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 7th day of September, 2004.

                                          /s/ Janet C. Hall
                                          Janet C. Hall
                                          United States District Judge