UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE | 3:03 CV 40 (JCH)

V

DAVID CUNDY, ET AL | SEPTEMBER 14, 2004

## PLAINTIFF'S MOTION FOR ENLARGEMENT

The plaintiff, Stanley Chance seek an enlargement of 60 days up to and including November 14 2004 to file show cause why the case should not be dismissed against David Cundy.

The reason for this request is that the plaintiff is waiting to see what will happen to his Motion to file out of time.

This is the plaintiff 1st request for time in this matter.

The Plaintiff

Stanley Chance
99 Sotland Street
Bridgeport, CT 06605

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on September 14, 2004 to:

Karen Karpie
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Thomas Murtha
Maher & Murtha
528 Clinton Avenue
Bridgeport, CT 06605

Stanley Chance