UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE | 3:03 CV 40 (JCH)

V.

DAVID CUNDY, ET AL | SEPTEMBER 14, 2004

PLAINTIFF'S MOTION TO FILE RESPONSE

OUT OF TIME

The plaintiff, Stanley Chance in the above captioned seeks permission to file response to Detective Bravo's motion for summary judgment and order the defendant to mail me a copy.

The reason for this request is that the plaintiff was hospitalized from July 15 through August 12, 2004 and his apartment was vandalized by neighborhood kids including his mail and legal papers, so the plaintiff never got an opportunity to respond to the summary judgment.

Stanley Chance,
99 Scotland Street
Bridgeport, CT.
06605

CERTIFICATE

I hereby certify that a copy of the foregoing was mailed on September 14, 2004 to:

Karen Karpie
Murphy & Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

Thomas Murtha
Maher & Murtha
528 Clinton Avenue
Bridgeport, CT 06605

Stanley Chance