UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE : 3:03CV40 (JCH)

VS. :

DAVID CUNDY, ET AL : OCTOBER 26, 2004

## MOTION FOR ENLARGMENT

The plaintiff, Stanley Chance in the above captioned case respectfully moves for an enlargement of time of 90 days up too and including January 26, 2005 which to file his motion for reconsideration.

The reason for all this time is that the plaintiff is going through recovery after being hospitalized and is in the process of moving and he uses a public computer to type up his pleadings which takes time because the plaintiff can't type.

This is the plaintiff 2nd request for time in this matter.

RESPECFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
50 Nichols Street
Fairfield, CT. 06824

1

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on October 26, 2004 to:

Thomas Murtha            Karen Karpie
Maher & Murtha           Murphy & Karpie
528 Cliton Ave.          350 Fairfield Ave
Bridgeport, CT.          Bridgeport, CT.

Stanley Chance, PRO SE