2004 NOV -4 P 1:55

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | : |
| Plaintiff | : |
| | : |
| v. | : CASE NO. 3:03CV 40 (JCH) |
| | : |
| | : |
| DAVID CUNDY, ET AL | : |
| Defendant | : NOVEMBER 2, 2004 |

### DEFENDANT'S OBJECTION TO
### PLAINTIFF'S MOTION FOR ENLARGEMENT

The defendant, PETER BRAVO, respectfully requests that this Court deny the plaintiff's Second Request for an Enlargement of Time in which to file a response to the defendant's Motion for Summary Judgment. While the defendant recognizes that courts generally give pro-se plaintiffs greater latitude, the instant request is unreasonable, unjustified and unfair to the defendant.

On or about July 15, 2004, the defendant filed a Motion for Summary Judgment as to the remaining count against him. On or about July 30, 2004, this Court gave the plaintiff written notice that he must file a response to the defendant's motion by August 23, 2004. On or about September 7, 2004, this Court granted the defendant's Motion for Summary Judgment. On or about September 14, 2004, the plaintiff filed his first "Motion To File Response Out Of Time," claiming he had been hospitalized from July

15, 2004 through August 12, 2004, and that his apartment and mail had been vandalized. The plaintiff's Motion did not include an affidavit, hospital bill or police report to supporting his reason for failing to respond to the defendant's Motion or the Court's order. This Court subsequently gave the plaintiff until November 1, 2004, to file a Motion to reconsider its ruling. The plaintiff now seeks an additional ninety days (90) to file a motion, because he claims he is recuperating and moving.

The defendant asserts that the reasons given by the plaintiff do not substantiate his request for this unreasonable extension of time. Specifically, the defendant would ask the Court to review all filings by the plaintiff during the period he claims to have been incapacitated. Upon the defendant's review of PACER, it appears that the plaintiff filed the following motions during the period he claims to have been incapacitated:

1. 7/30/04 Motion to Reopen Case in Docket # 3:04mc00183HBF;

2. 8/5/04 Motion for Leave to Proceed in Forma Pauperis in Docket #3:2004mc 00403HBF;

3. 8/5/04 Motion for Leave to Proceed in Forma Pauperis in Docket #3:2004cv 01351RNC.

Furthermore, the reasons offered by the plaintiff for the additional time are undermined by the fact that he filed the following lawsuits in Federal Court between August 5, 2004 and October 8, 2004:

1. Chance v. Jones, Docket # 3:2004mc0040;

2. Chance v. Jones, Ellsworth Apts., Docket # 3:2004mc00464;

3. Chance v. Lantz, Docket # 3:2004mc00496.

The defendant respectfully requests that this Court deny the plaintiff's Motion, as it is clear from the Court's records that the plaintiff had the capacity to file pleadings during the requisite time period, but failed to timely respond to the defendant's Motion and the Court's order. Based upon the fact that the plaintiff filed pleadings in other cases during the time he claims to have been incapacitated, it would be unfair and unjust to allow the plaintiff additional time to file a Motion for Reconsideration.

WHEREFORE, for the reasons set forth above, the defendant respectfully requests that this Court deny the plaintiff's Motion for Enlargement dated October 26, 2004.

THE DEFENDANT,
PETER BRAVO

BY:_____
THOMAS M. MURTHA
MAHER & MURTHA, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT. 06601
Phone No. 203-367-2700
Fax No. 203-335-0589
Fed. ID # CT22419

## CERTIFICATION

This is to certify that a copy hereof has been sent, first-class mail, postage pre-paid, on this date, to all counsel and pro se parties of record:

Stanley Chance, Pro Se
99 Jetland Street
Bridgeport, CT 06605

Karen L. Karpie, Esq.
Murphy & Karpie, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604

BY:_____
THOMAS M. MURTHA