UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE

    v.                                                                                          3:03CV40 JCH

DAVID CUNDY, EETITILA CUNDY, JOSEPH SAMBROOK,
CHRIS LYDDY, PETER BRAVO, PHILIP MASCENDARO,
JULIUS HULL, KEVIN WELLS, FAIRFIELD POLICE
DEPARTMENT AND DESIGN TRUST

## JUDGMENT

This action came on before the Honorable Janet C. Hall, United States District Judge.  On June 12, 2003, the complaint was withdrawn as to defendants Eetitila Cundy and Design Trust.  On June 25, 2004, a Ruling was filed dismissing the claims against defendants Joseph Sambrook, Chris Lyddy, Philip Mascendaro, Julius Hull, Kevin Wells and Fairfield Police Department.  On September 7, 2004, a Ruling was filed granting summary judgment for defendant Peter Bravo.  On August 20, 2004, the case was referred to Holly B. Fitzsimmons, United States Magistrate Judge for a settlement conference by Janet C. Hall, United States District Judge.   On November 10, 2004, the settlement conference was held and the case was reported settled between the plaintiff and defendant David Cundy, the only remaining defendant.

Therefore, it is ORDERED that judgment is entered in favor of the defendant Peter Bravo and the complaint is dismissed as to defendants Joseph Sambrook, Chris Lyddy, Philip Mascendaro, Julius Hull, Kevin Wells and Fairfield Police Department. The case is dismissed as to defendant David Cundy pursuant to Local Rule 41(b), without costs and without prejudice to the right of either party to move within 30 days,

upon good cause shown, to reopen the case if the settlement has not been consummated.

      Dated at Bridgeport, Connecticut, this 30th day of November, 2004.

                                        KEVIN F. ROWE, Clerk

                                        By  /s/Catherine Boroskey
                                                  Deputy Clerk

Entered on Docket _____